# EXHIBIT A



Evan Talley &lt;etalley@dunlapcodding.com&gt;

## Terves v. Yueyang -- discovery requests

**Cavanagh, Matthew J.** &lt;mcavanagh@mcdonaldhopkins.com&gt;      Fri, Oct 4, 2019 at 4:05 PM
To: Evan Talley &lt;etalley@dunlapcodding.com&gt;
Cc: "Cupar, David B." &lt;dcupar@mcdonaldhopkins.com&gt;, "Micalizzi, Julie" &lt;jmicalizzi@mcdonaldhopkins.com&gt;, "sforbes@norchilaw.com" &lt;sforbes@norchilaw.com&gt;

Evan,

Attached are Terves' interrogatories and requests for production.

Under the Court's Local Patent Rules, discovery begins upon the filing of an answer or Rule 12 motion to dismiss. (*See* L.P.R. 1.3.)

Regards,

Matt



**Matt Cavanagh**
Member


T: 216.348.5730          600 Superior Avenue East
F: 216.348.5474          Suite 2100
mcavanagh@mcdonaldhopkins.com      Cleveland, OH 44114
www.mcdonaldhopkins.com



A business advisory and advocacy law firm»

**4 attachments**

📄 **RFPDs to Yuan (8381689x7AB84).pdf**
     96K

📄 **RFPDs to Ecometal (8346683x7AB84).pdf**
     95K

📄 **ROGs to Ecometal (8360584x7AB84).pdf**
     77K

📎 **ROGs to Yuan (8381690x7AB84).pdf**
77K