# EXHIBIT C



Evan Talley <etalley@dunlapcodding.com>

## Re: Terves v. Yueyang; Our Docket No. 2189.001

**Evan Talley** <etalley@dunlapcodding.com>  Mon, Oct 14, 2019 at 2:33 PM
To: "Cavanagh, Matthew J." <mcavanagh@mcdonaldhopkins.com>, "Cupar, David B." <dcupar@mcdonaldhopkins.com>
Cc: Julie Oseland <joseland@dunlapcodding.com>, Ecometal/Yuan Patent Infringement Litigation <ecometal-lit@dunlapcodding.com>

Matt and David -

As the parties have already commenced discovery, we should discuss the protective order to be entered in this case. I note Exhibit A to the local patent rules is a form protective order for patent cases. I assume that's where Plaintiff intends to start. Either way, let me know when we can expect a draft.

We should also begin discussing availability for the Rule 26 conference.

Evan

Evan W. Talley, Esq.

Dunlap Codding P.C.
The Film Row District
609 W. Sheridan Avenue
Oklahoma City, OK 73102
405-607-8600 / 405-607-8686 (f) / 405-361-0353 (m)
http://www.dunlapcodding.com

My paralegal is Julie Oseland.  Please feel free to contact her at joseland@dunlapcodding.com or 405-607-8600
if you need additional assistance.

We invite you to visit DC on Film Row – our free community and arts space
in the heart of Oklahoma City. www.dcfilmrow.com

CONFIDENTIALITY NOTICE: This email and its attachments are for the personal and confidential use of the named recipient(s) only and are intended, to the fullest extent permitted by law, to be privileged and confidential as an attorney-client communication and/or work product. If you are not an intended recipient, or an agent responsible for delivering it to an intended recipient, you have received this email in error. In that event, please (i) immediately notify me by reply email, (ii) do not review, copy, save, forward, or print this email or any of its attachments, and (iii) immediately delete and/or destroy this email and its attachments and all copies thereof. Thank you.

On Mon, Oct 7, 2019 at 1:31 PM Cavanagh, Matthew J. <mcavanagh@mcdonaldhopkins.com> wrote:

> **Matt Cavanagh**
> Member
>
> T: 216.348.5730          600 Superior Avenue East
> F: 216.348.5474          Suite 2100

mcavanagh@mcdonaldhopkins.com     Cleveland, OH 44114
www.mcdonaldhopkins.com



A business advisory and advocacy law firm»

**From:** Julie Oseland [mailto:joseland@dunlapcodding.com]
**Sent:** Monday, October 07, 2019 2:21 PM
**To:** Cavanagh, Matthew J.
**Cc:** Ecometal/Yuan Patent Infringement Litigation
**Subject:** Terves v. Yueyang; Our Docket No. 21859.001

# Good afternoon,

# We are in receipt of interrogatories and requests for production of documents to both Defendants. Could you please forward a Word version of each of these documents at your convenience.

# Thank you.

# Julie

Julie Oseland, CP

Community Outreach Director

DUNLAP CODDING, P.C.

The Film Exchange District
609 W. Sheridan Avenue

Oklahoma City, OK 73102
Tel: 405-607-8600, ext 643
Fax: 405-607-8686

We invite you to visit DC on Film Row – our free community and arts space in the heart of Oklahoma City.
www.dcfilmrow.com

CONFIDENTIALITY NOTICE: This email and its attachments are for the personal and confidential use of the named recipient(s) only and are intended, to the fullest extent permitted by law, to be privileged and confidential as an attorney-client communication and/or work product. If you are not an intended recipient, or an agent responsible for delivering it to an intended recipient, you have received this email in error. In that event, please (1) immediately notify me by reply email, (2) do not review, copy, save, forward or print this email or any of its attachments, and (3) immediately delete and/or destroy this email and its attachments and all copies thereof. Thank you.

--

You received this message because you are subscribed to the Google Groups "Ecometal/Yuan Patent Infringement Litigation" group.
To unsubscribe from this group and stop receiving emails from it, send an email to ecometal-lit+unsubscribe@dunlapcodding.com.
To view this discussion on the web visit https://groups.google.com/a/dunlapcodding.com/d/msgid/ecometal-lit/cd34089b3f9848f091b3e551e43b2251%40A-EXDG1N01.mhbh.com.