# EXHIBIT F



Evan Talley &lt;etalley@dunlapcodding.com&gt;

# Terves v. Yueyang et al. -- Protek subpoena

**Cavanagh, Matthew J.** &lt;mcavanagh@mcdonaldhopkins.com&gt;  Fri, Oct 25, 2019 at 10:23 AM
To: Evan Talley &lt;etalley@dunlapcodding.com&gt;
Cc: "sforbes@norchilaw.com" &lt;sforbes@norchilaw.com&gt;, "Cupar, David B." &lt;dcupar@mcdonaldhopkins.com&gt;, "Micalizzi, Julie" &lt;jmicalizzi@mcdonaldhopkins.com&gt;, Ecometal/Yuan Patent Infringement Litigation &lt;ecometal-lit@dunlapcodding.com&gt;

Attached are the only documents that I've received back in response to the subpoenas.

--Matt

**From:** Evan Talley [mailto:etalley@dunlapcodding.com]
**Sent:** Thursday, October 24, 2019 12:11 PM
**To:** Cavanagh, Matthew J.
**Cc:** sforbes@norchilaw.com; Cupar, David B.; Micalizzi, Julie; Ecometal/Yuan Patent Infringement Litigation
**Subject:** Re: Terves v. Yueyang et al. -- Protek subpoena

Matt -

Can you please advise (1) whether any of these subpoenas have been served; and (2) if so, whether any documents have been produced by any of the subpoenaed parties.

Regards,

Evan

Evan W. Talley, Esq.

Dunlap Codding P.C.
The Film Row District
609 W. Sheridan Avenue
Oklahoma City, OK 73102
405-607-8600 / 405-607-8686 (f) / 405-361-0353 (m)
http://www.dunlapcodding.com

My paralegal is Julie Oseland. Please feel free to contact
her at joseland@dunlapcodding.com or 405-607-8600
if you need additional assistance.

We invite you to visit DC on Film Row – our free community and arts space
in the heart of Oklahoma City. www.dcfilmrow.com

CONFIDENTIALITY NOTICE: This email and its attachments are for the personal and confidential use of the named recipient(s) only and are intended, to the fullest extent permitted by law, to be privileged and confidential as an attorney-client communication and/or work product. If you are not an intended recipient, or an agent responsible for delivering it to an intended recipient, you have received this email in error. In that event, please (i) immediately notify me by reply email, (ii) do not review, copy, save, forward, or print this email or any of its attachments, and (iii) immediately delete and/or destroy this email and its attachments and all copies thereof. Thank you.

On Mon, Oct 7, 2019 at 7:26 PM Cavanagh, Matthew J. <mcavanagh@mcdonaldhopkins.com> wrote:

> Counsel,
>
> In accordance with Fed. R. Civ. P. 45(a)(4), this email provides notice that the attached subpoena will be served on the designated third-party.
>
> Regards,
>
> **Matt Cavanagh**
> Member
>
> T: 216.348.5730     600 Superior Avenue East
> F: 216.348.5474     Suite 2100
> mcavanagh@mcdonaldhopkins.com     Cleveland, OH 44114
> www.mcdonaldhopkins.com
>
> 
>
> A business advisory and advocacy law firm℠


Scan40002.pdf
6261K