# EXHIBIT N



Evan Talley <etalley@dunlapcodding.com>

## RE: [EXTERNAL]:RE: [EXTERNAL]:RE: [EXTERNAL]:RE: Terves v. Yueyang Aerospace

**Cavanagh, Matthew J.** <mcavanagh@mcdonaldhopkins.com>     Fri, Nov 8, 2019 at 3:27 PM
To: "dcarsey@HallEstill.com" <dcarsey@hallestill.com>
Cc: "Cupar, David B." <dcupar@mcdonaldhopkins.com>, "ehey@HallEstill.com" <ehey@hallestill.com>, "jmccormick@hallestill.com" <jmccormick@hallestill.com>, "kjanke@HallEstill.com" <kjanke@hallestill.com>, "mhsmith@HallEstill.com" <mhsmith@hallestill.com>, "etalley@dunlapcodding.com" <etalley@dunlapcodding.com>

All,

Thank you for your time on the phone this afternoon. Here is a summary of what we agreed:

1. I will check with my client to further confirm that the MMP/Bradley agreement was not shared with anyone (or if it was, that all copies have been clawed back and destroyed). I will confirm this by signed letter or affidavit.

2. Mr. Talley has agreed that his clients, defendants Ecometal Inc. and Nick Yuan, have now received notice of the MMP subpoena under Fed. R. Civ. P. 45(a)(4).

3. Mr. Carsey has agreed to accept service of a reissued subpoena on behalf of his client, MMP, by email.

4. I will wait until Wed. (11/13) to reissued the subpoena to MMP.

Regards,

Matt

**Matt Cavanagh**
Member

T: 216.348.5730
F: 216.348.5474
mcavanagh@mcdonaldhopkins.com
www.mcdonaldhopkins.com

600 Superior Avenue East
Suite 2100
Cleveland, OH 44114



[Quoted text hidden]