# EXHIBIT O



Evan Talley <etalley@dunlapcodding.com>

---

## RE: [EXTERNAL]:RE: [EXTERNAL]:RE: [EXTERNAL]:RE: [EXTERNAL]:RE: Terves v. Yueyang Aerospace

**jmccormick@hallestill.com** <jmccormick@hallestill.com>  Mon, Nov 11, 2019 at 8:36 AM
To: mcavanagh@mcdonaldhopkins.com, dcarsey@hallestill.com
Cc: dcupar@mcdonaldhopkins.com, ehey@hallestill.com, kjanke@hallestill.com, mhsmith@hallestill.com, etalley@dunlapcodding.com

Matt,

Thanks for the email. Just one addition. If the agreement was shown or shared with anyone or any entity, we would like the names.

Thank you,



JACQUELINE MCCORMICK | ATTORNEY
100 N. Broadway Ave. | Suite 2900 | Oklahoma City, OK 73102
Office: 405-553-2328 | Bio

This e-mail message and any attachment thereto is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the recipient or reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this e-mail communication in error, please notify us immediately by sending a reply e-mail message to the sender. Thank you.

**From:** Cavanagh, Matthew J. [mailto:mcavanagh@mcdonaldhopkins.com]
**Sent:** Friday, November 8, 2019 3:28 PM
**To:** Daniel Carsey <dcarsey@HallEstill.com>
**Cc:** Cupar, David B. <dcupar@mcdonaldhopkins.com>; Emily Hey <ehey@HallEstill.com>; Jacqueline McCormick <jmccormick@hallestill.com>; Kate Janke <kjanke@HallEstill.com>; Michael H. Smith <mhsmith@HallEstill.com>; etalley@dunlapcodding.com
**Subject:** [EXTERNAL]:RE: [EXTERNAL]:RE: [EXTERNAL]:RE: [EXTERNAL]:RE: Terves v. Yueyang Aerospace

All,

Thank you for your time on the phone this afternoon. Here is a summary of what we agreed:

1. I will check with my client to further confirm that the MMP/Bradley agreement was not shared with anyone (or if it was, that all copies have been clawed back and destroyed). I will confirm this by signed letter or affidavit.

2. Mr. Talley has agreed that his clients, defendants Ecometal Inc. and Nick Yuan, have now received notice of the MMP subpoena under Fed. R. Civ. P. 45(a)(4).

3. Mr. Carsey has agreed to accept service of a reissued subpoena on behalf of his client, MMP, by email.

4. I will wait until Wed. (11/13) to reissued the subpoena to MMP.

Regards,

Matt

**Matt Cavanagh**
Member

T: 216.348.5730
F: 216.348.5474
mcavanagh@mcdonaldhopkins.com
www.mcdonaldhopkins.com

600 Superior Avenue East
Suite 2100
Cleveland, OH 44114

McDonald Hopkins
A business advisory and advocacy law firm

[Quoted text hidden]