# EXHIBIT P



A business advisory and advocacy law firm®

McDonald Hopkins LLC
600 Superior Avenue, East
Suite 2100
Cleveland, OH 44114

P 1.216.348.5400
F 1.216.348.5474

Direct Dial: 216.348.5730
E-mail: mcavanagh@mcdonaldhopkins.com

November 20, 2019

**Via E-Mail Only (dcarsey@hallestill.com)**

Daniel V. Carsey
HALL ESTILL
100 N. Broadway, Ste. 2900
Oklahoma City, OK 73102

Re: **Terves LLC v. Yueyang et al.**
**U.S. District Court, N.D. Ohio, Case No. 1:19-cv-01611-DCN**

Dear Mr. Carsey:

I write to follow up to our November 8, 2019 phone call. As I explained during the phone call, Mr. McCrackin emailed to me a copy of the MMP/Bradley settlement agreement on October 15, 2019, in response to the subpoena. That same day, I forwarded the email to the President of Terves, Andy Sherman. In response to your November 4, 2019, letter, I instructed Mr. Sherman to destroy and delete all copies of the settlement. He confirmed to me that he did so. I have not shared the settlement with anyone except for lawyers at my law firm that are representing Terves and Evan Talley (counsel for defendants in the lawsuit), and I have designated the settlement as ATTORNEYS EYES ONLY under the Court's Local Patent Rules.

After our November 8 call, I asked Mr. Sherman again to confirm that he deleted all copies of the settlement and asked whether he had forwarded the settlement to anyone. Mr. Sherman confirmed to me that he: (a) deleted all copies, (b) shared the settlement with only one Terves employee, and (c) did not share the settlement with anyone else or anyone outside of Terves. The Terves employee with whom Mr. Sherman shared the settlement has confirmed to me that he deleted the settlement that Mr. Sherman sent to him by email, has no copies, and did not share it with anyone. In sum, there has been a total quarantine. The only copies that remain are held by me and Mr. Talley, and we are bound to treat them as "Attorneys' Eyes Only" under the Court's Local Patent Rules.

Sincerely,

Matthew J. Cavanagh

{8474892: } Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

www.mcdonaldhopkins.com