## MINUTES OF PROCEEDINGS NORTHERN DISTRICT OF OH

| | |
|---|---|
| Magnesium Machine, LLC, *et al.*,<br><br>  Plaintiff(s)<br>v.<br><br>Terves LLC, *et al.*,<br><br>  Defendant(s). | Date: December 18, 2019<br><br>Judge Donald C. Nugent<br><br>Court Reporter: None<br><br>Case Number: 1:19 CV 2818 |

Ex Parte Status Conference held w/ only counsel for P present. Court issued ORDER to obtain phone and computer.

Hearing set 12/19/19 @ 9:00AM

On 1

Length of Proceeding: 75 MIN

_Donald C. Nugent_ 12/18/19
United States District Judge