## MINUTES OF PROCEEDINGS NORTHERN DISTRICT OF OH

| | |
|---|---|
| Magnesium Machine, LLC, *et al.*,<br><br>　　　Plaintiff(s)<br>v.<br><br>Terves LLC, *et al.*,<br><br>　　　Defendant(s) | Date: February 28, 2020<br><br>Judge Donald C. Nugent<br><br>Court Reporter: None<br><br>Case Number: 1:19 CV 2818 |

Status conference held; all parties represented. Plaintiff requests additional order under Fed. R. Civ. P. 52(a)(2) setting forth findings of fact + conclusions of law from hearing on ex parte seizure. To the extent parties believe the Ct's prior order of 12/18/19 (ECF #15) is insufficient to create a record for appeal under that rule, they may file a proposed supplemental order no later than 3/13/20. Defendant's date to answer the Complaint in this case is extended by agreement of the parties until 4/10/20. Status conference scheduled for 6/22/20 @ 10:30 AM.

Length of Proceeding: 15 MIN.

United States District Judge 2/28/20