IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Magnesium Machine, LLC et al., | ) |
| | ) Case No. 1:19-cv-2818 |
| Plaintiffs, | ) |
| | ) Judge Donald C. Nugent |
| vs. | ) |
| | ) |
| Terves LLC et al., | ) |
| | ) |
| Defendants. | ) |

DENIED: A stay in this case is inappropriate due to the fact issues involved.

GRANTED: _____

IT IS SO ORDERED.

/s/ Donald C. Nugent 4/7/20
U.S. DISTRICT JUDGE

### Stipulated Motion to Stay Case Pending Plaintiffs' Appeal

The parties to this case, plaintiffs Magnesium Machine, LLC, Magnesium Holdings, LLC, and Paramount Design, LLC (collectively, "MMP") and defendants Terves LLC ("Terves") and McDonald Hopkins LLC ("MH"), hereby stipulate and move the Court to stay the case pending the interlocutory appeal by MMP. On April 3, 2020, MMP filed its notice of appeal to the U.S. Court of Appeals for the Sixth Circuit of this Court's December 19, 2019 Order (ECF #15) and its March 20, 2020, Findings of Fact and Conclusions of Law (ECF #25).

This Court has wide latitude whether to stay a case on its docket and considers factors such as avoiding potentially conflicting results, avoiding duplicative litigation, the balance of hardships, and furthering the interest in economical use of judicial time and resources. *See Int'l Brotherhood of Elect. Workers, Local Union No. 2020 v. AT&T Network Systems (Columbia Works)*, 879 F.2 864 (Table), 1989 WL 78212 (6th Cir. 1989).

Here, the parties agree that the factors weigh in favor of a stay pending appeal because the Sixth Circuit's ruling on the appeal may address the substance of MMP's

{8744245: }