IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| MAGNESIUM MACHINE, LLC, *et al.*, | ) CASE NO. 1:19 CV 2818 |
| Plaintiffs, | ) |
| v. | ) JUDGE DONALD C. NUGENT |
| TERVES LLC, *et al.*, | ) |
| Defendants. | ) <u>JUDGMENT ORDER</u> |

For the reasons set forth in this Court's Memorandum Opinion and Order, the Court finds that Terves, LLC's Motion to Dismiss Complaint Under Rule 12(b)(6) (ECF #42, 45), and the Motion to Dismiss on Behalf of McDonald Hopkins, (ECF #41, 45), should be GRANTED. This case is DISMISSED. Costs to be paid by the Plaintiff. IT IS SO ORDERED.

_____
DONALD C. NUGENT
Senior United States District Judge

DATE: July 14, 2020