IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| MAGNESIUM MACHINE, LLC, an Oklahoma limited liability company; MAGNESIUM HOLDINGS, LLC, an Oklahoma limited liability company; and PARAMOUNT DESIGN, LLC, an Oklahoma limited liability company, <br><br> Plaintiffs, <br><br> vs. <br><br> TERVES LLC, a Nevada limited liability company; and MCDONALD HOPKINS LLC, an Ohio limited liability company, <br><br> Defendants. | Case No. 1:19-cv-2818 <br> Judge Donald C. Nugent |

## AMENDED NOTICE OF APPEAL

Pursuant to Fed. R. App. P. 4(a)(4)(B)(ii), amended notice is hereby given that Plaintiffs Magnesium Machine, LLC, Magnesium Holdings, LLC, and Paramount Design, LLC hereby appeal to the United States Court of Appeals for the Sixth Circuit from the U.S. District Court for the Northern District of Ohio's (1) Memorandum Opinion and Order [Dkt. No. 58] and Judgment Order [Dkt. No. 59][1] entered in this action on the 14th day of July, 2020, dismissing this action with prejudice; and (2) its September 9, 2020 Memorandum and Order granting Defendant Terves LLC's Motion for Attorney Fees [Dkt. No. 66].

---

[1] Plaintiffs previously filed a first Notice of Appeal [Dkt. No. 35] on April 3, 2020, giving notice of their appeal of the Court's December 19, 2019 [Dkt. No. 15] and March 20, 2020 [Dkt. No. 25] Orders. Following this Court's dismissal of this action, Plaintiffs filed a second Notice of Appeal, expressly reserving their right to include the orders appealed from [Dkt. Nos. 15 and 25] in the first notice of appeal [Dkt. No. 35] in the subsequent appeal in the event the U.S. Court of Appeals for the Sixth Circuit dismissed the first appeal as moot, which it did on August 18, 2020.

1

Dated: September 21, 2020    Respectfully submitted,

/s/ *Evan W. Talley*
Evan W. Talley, OK Bar # 22923
(admitted *pro hac vice*)
**DUNLAP CODDING PC**
609 W. Sheridan Avenue
Oklahoma City, OK  73102
Telephone:     (405) 607-8600
E-mail: etalley@dunlapcodding.com

-and-

Jordan A. Sigale
(admitted *pro hac vice*)
Illinois ARDC No. 6210047
**DUNLAP CODDING PC**
225 West Washington St., Ste. 2200
Chicago, IL 60606
Telephone: (312) 651-6744
E-mail: jsigale@dunlapcodding.com

-and-

Steven J. Forbes (OH 0042410)
**NORCHI FORBES LLC**
Commerce Park IV
23240 Chagrin Blvd., Ste. 210
Cleveland, OH 44122
Telephone:     (216) 514-9500
E-mail: sforbes@norchilaw.com

***ATTORNEYS FOR PLAINTIFFS***

**CERTIFICATE OF SERVICE**

       I certify that on September 21, 2020, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF system for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Matthew Cavanagh
David Cupar
Tyler Mathews

                                               /s/ *Evan W. Talley*
                                               Evan W. Talley