# Exhibit A

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

*P.* 216.348.5400
*F.* 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

TERVES LLC
ATTN:  ANDREW SHERMAN, CEO
24112 ROCKWELL DRIVE
EUCLID, OH 44117

JANUARY 10, 2020
Invoice No:  1373947

FOR SERVICES RENDERED AND DISBURSEMENTS AS FOLLOWS

RE:  TERVES V. YUEYANG ET AL.
     46657-00003

THROUGH DECEMBER 31, 2019 INCLUDING THE FOLLOWING ITEMIZED SERVICES

FEES FOR SERVICES      $ ▮
EXPENSES

TOTAL      $ ▮

## AGING OF ACCOUNT

| 0 - 30 DAYS | 31 - 60 DAYS | 61 - 90 DAYS | 91 + DAYS | TOTAL |
|---|---|---|---|---|
| ▮ | ▮ | ▮ | ▮ | ▮ |

PAYMENT BY WIRE TRANSFER, ACH, OR CREDIT CARD
CONTACT ACCOUNTS RECEIVABLE AT (216) 348-5445
OR MHACCOUNTING@MCDONALDHOPKINS.COM

PAYMENT BY CHECK
MCDONALD HOPKINS LLC
ATTN: ACCOUNTS RECEIVABLE
600 SUPERIOR AVE, E.
SUITE 2100
CLEVELAND, OHIO 44114

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

*P.* 216.348.5400
*F.* 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

TERVES LLC
ATTN:  ANDREW SHERMAN, CEO
24112 ROCKWELL DRIVE
EUCLID, OH 44117

JANUARY 10, 2020
Invoice No:  1373947

---

FOR SERVICES RENDERED AND DISBURSEMENTS AS FOLLOWS

RE:  TERVES V. YUEYANG ET AL.
     46657-00003

THROUGH DECEMBER 31, 2019 INCLUDING THE FOLLOWING ITEMIZED SERVICES

FEES FOR SERVICES    ███████████

EXPENSES

████████████████████████████████

COURT REPORTER - GEORGE STAIDUHAR
TRANSCRIPT                                    518.50

                    EXPENSES          ██████████

                    TOTAL             ██████████

STATEMENT OF ACCOUNT

                    STATEMENT DATED CURRENT      $  ████████
                    PREVIOUS BALANCE
                    TOTAL AMOUNT DUE             $  ████████

---

PAYMENT BY WIRE TRANSFER, ACH, OR CREDIT CARD
CONTACT ACCOUNTS RECEIVABLE AT (216) 348-5445
OR MHACCOUNTING@MCDONALDHOPKINS.COM

PAYMENT BY CHECK
MCDONALD HOPKINS LLC
ATTN: ACCOUNTS RECEIVABLE
600 SUPERIOR AVE, E.
SUITE 2100
CLEVELAND, OHIO 44114



McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

*P.* 216.348.5400
*F.* 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

RE:  TERVES V. YUEYANG ET AL.
     46657-00003



McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

*P.* 216.348.5400
*F.* 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

RE:  TERVES V. YUEYANG ET AL.
     46657-00003



McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

*P.* 216.348.5400
*F.* 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

RE:  TERVES V. YUEYANG ET AL.
     46657-00003



# McDonald Hopkins

McDonald Hopkins LLC                          P. 216.348.5400
Suite 2100                                    F. 216.348.5474
600 Superior Avenue, E                        mcdonaldhopkins.com
Cleveland, Ohio  44114                        Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt


RE:  TERVES V. YUEYANG ET AL.
     46657-00003


12/18/19   MEET AND TELECONFERENCE WITH A. SHERMAN REGARDING
           SEIZURE ORDER EXECUTED BY MARSHALS; REVIEW VERIFIED
           COMPLAINT, SEIZURE ORDER, AND OTHER FILINGS SERVED ON
           A. SHERMAN BY MARSHALS; REVIEW LAW AND FACTS TO
           PREPARE FOR HEARING ON SEIZURE ORDER; DRAFT OUTLINE
           OF DIRECT EXAMINATION OF A. SHERMAN FOR SEIZURE
           HEARING; DRAFT ORAL ARGUMENT FOR SEIZURE HEARING;
           DRAFT CROSS-EXAMINATION OF L. SWOR (MMP OWNER) FOR
           SEIZURE HEARING; WORK WITH A. SHERMAN TO PREPARE FOR
           SEIZURE HEARING.
           MATTHEW J CAVANAGH          8.00 hours at   475.00/hr   3,800.00

12/19/19   PREPARE FOR HEARING ON SEIZURE ORDER; ATTEND HEARING
           ON SEIZURE ORDER.
           MATTHEW J CAVANAGH          7.90 hours at   475.00/hr   3,752.50

12/20/19   TELECONFERENCE WITH JUDGE NUGENT'S CHAMBERS REGARDING
           ACCESS TO SEALED DOCUMENTS; DRAFT EMAIL TO MMP'S
           COUNSEL REGARDING ACCESS TO SEALED DOCUMENTS.
           MATTHEW J CAVANAGH          0.40 hours at   475.00/hr     190.00



McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

P. 216.348.5400
F. 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

RE:  TERVES V. YUEYANG ET AL.
46657-00003



12/23/19

REVIEW SEALED DOCUMENTS
PRODUCED BY MMP'S COUNSEL AND PLAN STRATEGY REGARDING
FAILURE TO SERVE A SUMMONS AND BEGIN PLANNING DEFENSE
STRATEGY.
MATTHEW J CAVANAGH      2.60 hours at      475.00/hr      1,235.00

**0.5 hours at 475.00/hr = $237.50**



McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

*P.* 216.348.5400
*F.* 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

RE:  TERVES V. YUEYANG ET AL.
     46657-00003





McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

*P.* 216.348.5400
*F.* 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

RE:  TERVES V. YUEYANG ET AL.
     46657-00003





McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

P. 216.348.5400
F. 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

TERVES LLC
ATTN:  ANDREW SHERMAN, CEO
24112 ROCKWELL DRIVE
EUCLID, OH 44117

FEBRUARY 21, 2020
Invoice No:  1377284

FOR SERVICES RENDERED AND DISBURSEMENTS AS FOLLOWS

RE:  TERVES V. YUEYANG ET AL.
     46657-00003

THROUGH JANUARY 31, 2020 INCLUDING THE FOLLOWING ITEMIZED SERVICES

FEES FOR SERVICES
EXPENSES

TOTAL

AGING OF ACCOUNT

| 0 - 30 DAYS | 31 - 60 DAYS | 61 - 90 DAYS | 91 + DAYS | TOTAL |
|---|---|---|---|---|
|  |  |  |  |  |

PAYMENT BY WIRE TRANSFER, ACH, OR CREDIT CARD
CONTACT ACCOUNTS RECEIVABLE AT (216) 348-5445
OR MHACCOUNTING@MCDONALDHOPKINS.COM

PAYMENT BY CHECK
MCDONALD HOPKINS LLC
ATTN: ACCOUNTS RECEIVABLE
600 SUPERIOR AVE, E.
SUITE 2100
CLEVELAND, OHIO 44114

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

*P.* 216.348.5400
*F.* 216.348.5474
mcdonaldhopkins.com
Fed. ID  34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

TERVES LLC
ATTN:  ANDREW SHERMAN, CEO
24112 ROCKWELL DRIVE
EUCLID, OH 44117

FEBRUARY 21, 2020
Invoice No:  1377284

---

FOR SERVICES RENDERED AND DISBURSEMENTS AS FOLLOWS

RE:   TERVES V. YUEYANG ET AL.
      46657-00003

THROUGH JANUARY 31, 2020 INCLUDING THE FOLLOWING ITEMIZED SERVICES

FEES FOR SERVICES                          $   ████████

### EXPENSES



                              EXPENSES        ████████

                              TOTAL      $    ████████

### STATEMENT OF ACCOUNT

STATEMENT DATED CURRENT          $    ████████
PREVIOUS BALANCE
ADJUSTMENTS OR CREDITS

TOTAL AMOUNT DUE                 $    ████████

---

PAYMENT BY WIRE TRANSFER, ACH, OR CREDIT CARD
CONTACT ACCOUNTS RECEIVABLE AT (216) 348-5445
OR MHACCOUNTING@MCDONALDHOPKINS.COM

PAYMENT BY CHECK
MCDONALD HOPKINS LLC
ATTN: ACCOUNTS RECEIVABLE
600 SUPERIOR AVE, E.
SUITE 2100
CLEVELAND, OHIO 44114



McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

*P.* 216.348.5400
*F.* 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

RE:  TERVES V. YUEYANG ET AL.
     46657-00003



01/03/20   RESEARCH OF CASE LAW ON ███████████████ FOR
           PURPOSE OF MOTION TO DISMISS.
           ANDREW GORDON-SEIFERT          0.40 hours at   350.00/hr        140.00

**McDonald** Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P. 216.348.5400
F. 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

RE:  TERVES V. YUEYANG ET AL.
     46657-00003

01/05/20   FURTHER RESEARCH AND ANALYSIS OF CASE LAW FOR PURPOSE
           OF DRAFTING MOTION TO DISMISS.
           ANDREW GORDON-SEIFERT        0.80 hours at  350.00/hr     280.00

01/06/20   FURTHER REVIEW OF CASE LAW FOR PURPOSE OF MOTION TO
           DISMISS.
           ANDREW GORDON-SEIFERT        0.40 hours at  350.00/hr     140.00

01/07/20   REVIEW AND ANALYSIS RE WHETHER CERTAIN DISSOLVABLE
           SALT IS NOT A TRADE SECRET. ANALYSIS OF PATENTS
           DISCLOSING SAID SALT PUBLICALLY. CORRESPONDENCE WITH
           TERVES RE PUBLICLY AVAILABLE FIDNINGS. STRATEGY RE
           SUIT AND THE SUBPOENAS.
           DAVID B CUPAR                2.20 hours at  570.00/hr   1,254.00

01/07/20   REVIEW EMAILS FROM COUNSEL FOR MMP THREATENING TO
           MOVE FOR PRELIMINARY INJUNCTION AND ADDRESSING
           HEARING AND DRAFT RESPONSE TO SAME;
           SEARCH USPTO'S PATENT
           APPLICATION DATABASE FOR EVIDENCE THAT PURPORTED
           TRADE SECRET ASSERTED BY MMP IS KNOWN IN THE PRIOR
           ART; REVIEW PRIOR ART REFERENCES PROVIDED BY A.
           SHERMAN WITH RESPECT TO MMP'S TRADE SECRET CLAIM;
           CONTINUE TO PERFORM LEGAL RESEARCH REGARDING THE
           APPLICABILITY OF THE LITIGATION PRIVILEGE AND
           AGAINST TRADE SECRET CLAIMS.
           MATTHEW J CAVANAGH           3.60 hours at  475.00/hr   1,710.00

                    **2.00 hours at 475/hr = 950**

**McDonald** Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

*P.* 216.348.5400
*F.* 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

RE:  TERVES V. YUEYANG ET AL.
     46657-00003


01/07/20  FURTHER RESEARCH AND ANALYSIS OF CASE LAW FOR PURPOSE
          OF DRAFTING POTENTIAL MOTION TO DISMISS.
          ANDREW GORDON-SEIFERT        2.60 hours at   350.00/hr     910.00

01/08/20  STRATEGY RE WHETHER CERTAIN DISSOLVABLE SALT IS A
          TRADE SECRET. ███████████████████████████████████
          ████████████████████████████
          ████████████████████████
          DAVID B CUPAR             ~~2.00 hours at   570.00/hr   1,140.00~~
                             **1.0 hours at 570 / hr = 570.00**

████████████████████████████████████████████████████████

01/09/20  FURTHER RESEARCH OF THEORIES TO SUPPORT A MOTION TO
          DISMISS.
          ANDREW GORDON-SEIFERT        1.10 hours at   350.00/hr     385.00

████████████████████████████████████████████████████████



McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

*P.* 216.348.5400
*F.* 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

RE:  TERVES V. YUEYANG ET AL.
     46657-00003

██████████████████████████████████████████████████

01/13/20   REVIEW JAN. 13 EMAIL FROM COUNSEL FOR MMP REGARDING
           THREAT TO MOVE FOR PRELIMINARY INJUNCTION AND DRAFT
           RESPONSE TO SAME; ████████████████████████████████
           ███████████████████████████████████████████
           █████████████████████████████████████
           ████████████████████████████████████

           MATTHEW J CAVANAGH        ~~3.80 hours at    475.00/hr    1,805.00~~
                                     **0.5 hours at 475 / hr = 237.50**



McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

*P*: 216.348.5400
*F*: 216.348.5474
mcdonaldhopkins.com
Fed. ID  34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt


RE:  TERVES V. YUEYANG ET AL.
     46657-00003


01/17/20  PERFORM LEGAL RESEARCH TO FIND CASELAW WHERE COURT
          DISMISSED TRADE SECRET COMPLAINT BASED ON TRADE
          SECRET ALLEGATION THAT IS NOT PLAUSIBLE; PERFORM
          LEGAL RESEARCH TO CONFIRM THAT MOTION TO DISMISS CAN
          RELY ON PATENTS AND PUBLICLY-AVAILABLE RECORDS AS
          EVIDENCE THAT TRADE SECRET ALLEGED BY MMP IS KNOWN IN
          PRIOR ART; PERFORM LEGAL RESEARCH TO FIND CASES IN
          WHICH "PROTECTIVE ORDER" WAS DEEMED ADEQUATE TO
          PROTECT AGAINST TRADE SECRETS OBTAINED IN DISCOVERY;
          PERFORM LEGAL RESEARCH TO EVALUATE WHETHER
          "LITIGATION PRIVILEGE" IS VIABLE GROUND ON WHICH TO
          SEEK DISMISSAL OF TRADE SECRET COMPLAINT; REVIEW
          "STORK-WERKSPOOR DIESEL" CASE BY FIFTH CIRCUIT
          REGARDING INAPPLICABILITY OF "TRADE SECRET ACT" TO
          EVIDENCE OBTAINED IN DISCOVERY.
          MATTHEW J. CAVANAGH          6.00 hours at  475.00/hr  2,850.00


01/20/20  CONTINUE TO PERFORM LEGAL RESEARCH REGARDING LEGAL
          GROUNDS FOR SEEKING DISMISSAL OF TRADE SECRET CLAIMS
          BY MMP.
          MATTHEW J CAVANAGH          0.50 hours at  475.00/hr    237.50



McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

*P.* 216.348.5400
*F.* 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

RE:   TERVES V. YUEYANG ET AL.
      46657-00003



**McDonald**Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

*P.* 216.348.5400
*F.* 216.348.5474
mcdonaldhopkins.com
Fed. ID  34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

RE:  TERVES V. YUEYANG ET AL.
     46657-00003

01/27/20   ████████████████████████████████
           ███████████████████████████████
           ████████████████████████████████████
           ████████████████████████████████  DRAFT
           SECTION OF MOTION TO DISMISS TRADE SECRET CLAIM THAT
           EXPLAINS "LEGAL STANDARD" FOR OBTAINING A DISMISSAL
           UNDER RULE 12(B)(6); DRAFT SECTION OF MOTION TO
           DISMISS THAT EXPLAINS THAT CLAIMS ATTACKING THE
           ATTORNEY-CLIENT RELATIONSHIP SHOULD BE DISMISSED AT
           THE EARLIEST POSSIBLE STAGE; DRAFT SECTION OF MOTION
           TO DISMISS THAT EXPLAINS THERE IS NO SUCH THING AS
           THE THREE-WORD PHRASE ON WHICH PLAINTIFFS HAVE SUED.
           MATTHEW J CAVANAGH          ~~2.40 hours at~~    ~~475.00/hr~~    ~~1,140.00~~
                                    **1.8 hours at 475 / hr = 855.00**



01/30/20   PLAN STRATEGY REGARDING TIMING OF MOTION TO DISMISS
           AND CONFER WITH MCDONALD HOPKINS' ATTORNEYS REGARDING
           SAME.
           MATTHEW J CAVANAGH          0.30 hours at   475.00/hr     142.50



McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

*P.* 216.348.5400
*F.* 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

RE:  TERVES V. YUEYANG ET AL.
     46657-00003





McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

P. 216.348.5400
F. 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

```
TERVES LLC
ATTN:  ANDREW SHERMAN, CEO                          MARCH 9, 2020
24112 ROCKWELL DRIVE                       Invoice No:  1378650
EUCLID, OH 44117
```

FOR SERVICES RENDERED AND DISBURSEMENTS AS FOLLOWS

RE:  TERVES V. YUEYANG ET AL.
     46657-00003

THROUGH FEBRUARY 29, 2020 INCLUDING THE FOLLOWING ITEMIZED SERVICES

                    FEES FOR SERVICES
                    EXPENSES

                    TOTAL

AGING OF ACCOUNT

| 0 - 30 DAYS | 31 - 60 DAYS | 61 - 90 DAYS | 91 + DAYS | TOTAL |
|---|---|---|---|---|
|  |  |  |  |  |

PAYMENT BY WIRE TRANSFER, ACH, OR CREDIT CARD
CONTACT ACCOUNTS RECEIVABLE AT (216) 348-5445
OR MHACCOUNTING@MCDONALDHOPKINS.COM

PAYMENT BY CHECK
MCDONALD HOPKINS LLC
ATTN: ACCOUNTS RECEIVABLE
600 SUPERIOR AVE, E.
SUITE 2100
CLEVELAND, OHIO 44114



McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

P. 216.348.5400
F. 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

TERVES LLC
ATTN:  ANDREW SHERMAN, CEO
24112 ROCKWELL DRIVE
EUCLID, OH 44117

MARCH 9, 2020
Invoice No:  1378650

FOR SERVICES RENDERED AND DISBURSEMENTS AS FOLLOWS

RE:   TERVES V. YUEYANG ET AL.
      46657-00003

THROUGH FEBRUARY 29, 2020 INCLUDING THE FOLLOWING ITEMIZED SERVICES

                      FEES FOR SERVICES            $    ████████


EXPENSES



                         EXPENSES

PAYMENT BY WIRE TRANSFER, ACH, OR CREDIT CARD
CONTACT ACCOUNTS RECEIVABLE AT (216) 348-5445
OR MHACCOUNTING@MCDONALDHOPKINS.COM

PAYMENT BY CHECK
MCDONALD HOPKINS LLC
ATTN: ACCOUNTS RECEIVABLE
600 SUPERIOR AVE, E.
SUITE 2100
CLEVELAND, OHIO 44114



McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

*P.* 216.348.5400
*F.* 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

TOTAL

STATEMENT OF ACCOUNT

STATEMENT DATED CURRENT
PREVIOUS BALANCE
TOTAL AMOUNT DUE



McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

P. 216.348.5400
F. 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

RE:  TERVES V. YUEYANG ET AL.
     46657-00003



McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

P. 216.348.5400
F. 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

RE:  TERVES V. YUEYANG ET AL.
     46657-00003





McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

*P.* 216.348.5400
*F.* 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

RE:  TERVES V. YUEYANG ET AL.
     46657-00003

02/11/20  ████████████████████████████
          ████████████████████████ CONTINUE TO
DRAFT MOTION TO DISMISS TRADE SECRET COMPLAINT AND
CONTINUE TO PERFORM LEGAL RESEARCH IN SUPPORT OF
SAME.
MATTHEW J CAVANAGH      ~~3.20 hours at   475.00/hr    1,520.00~~
                        **2.70 hours at 475 / hr = 1,282.50**

**McDonald**Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

P. 216.348.5400
F. 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

RE:  TERVES V. YUEYANG ET AL.
     46657-00003

02/20/20   EXCHANGE EMAILS WITH MCDONALD HOPKINS' COUNSEL
           REGARDING PREPARATIONS FOR STATUS CONFERENCE IN TRADE
           SECRET CASE AND DISCUSS UNIFIED DEFENSE STRATEGY AND
           CONTENT OF MOTIONS TO DISMISS.
           MATTHEW J CAVANAGH          0.80 hours at   475.00/hr      380.00

02/26/20   CONTINUE TO DRAFT AND REVISE MOTION TO DISMISS TRADE
           SECRET COMPLAINT.
           MATTHEW J CAVANAGH          3.20 hours at   475.00/hr    1,520.00

02/27/20   CONTINUE TO DRAFT AND REVISE MOTION TO DISMISS TRADE
           SECRET COMPLAINT.
           MATTHEW J CAVANAGH          4.20 hours at   475.00/hr    1,995.00



McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

*P.* 216.348.5400
*F.* 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

RE:  TERVES V. YUEYANG ET AL.
     46657-00003

02/28/20   PREPARE LIST OF TALKING POINTS FOR STATUS CONFERENCE
           WITH JUDGE NUGENT ON ECOMETAL AND TRADE SECRET CASES;

           ████████████████████████████████████████████████
           ██████████████████████████████████████████
           ████████████████████████████████████████████████

           PREPARE FOR AND ATTEND CASE STATUS CONFERENCE WITH
           JUDGE NUGENT ON MMP TRADE SECRET CASE; REVIEW DRAFT
           OF PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW
           PROVIDED BY MMP'S COUNSEL ON SEIZURE ORDER FINDING;
           REVIEW CASES INVOLVING SEIZURE ORDERS UNDER U.S.
           TRADE SECRET LAW TO DETERMINE WHETHER MMP HAS
           IMMEDIATE RIGHT TO APPEAL DENIAL OF SEIZURE ORDER;
           REVIEW FEDERAL RULE 52 TO DETERMINE WHETHER DETAILED
           PROPOSED FINDINGS AND CONCLUSIONS ARE REQUIRED FOR
           MMP TO APPEAL; ANALYZE CASE STRATEGY TO DETERMINE
           WHETHER TO SEEK STAY OF CASE PENDING MMP'S APPEAL OF
           SEIZURE ORDER DENIAL;

           MATTHEW J CAVANAGH        ~~3.50 hours at~~        ~~475.00/hr~~        ~~1,662.50~~

                        **2.8 hours at 475.00 / hr = 1,330.00**



McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

P. 216.348.5400
F. 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

```
TERVES LLC
ATTN:  ANDREW SHERMAN, CEO                      APRIL 14, 2020
24112 ROCKWELL DRIVE                       Invoice No:  1381734
EUCLID, OH 44117
```

FOR SERVICES RENDERED AND DISBURSEMENTS AS FOLLOWS

RE:  TERVES V. YUEYANG ET AL.
     46657-00003

THROUGH MARCH 31, 2020 INCLUDING THE FOLLOWING ITEMIZED SERVICES

                    FEES FOR SERVICES
                    EXPENSES

                    TOTAL


AGING OF ACCOUNT

| 0 - 30 DAYS | 31 - 60 DAYS | 61 - 90 DAYS | 91 + DAYS | TOTAL |
|---|---|---|---|---|
| | | | | |

WIRE TRANSFER INFORMATION
MCDONALD HOPKINS LLC
THE HUNTINGTON NATIONAL BANK
ABA NUMBER:044000024
ACCOUNT NUMBER: 01662878158
SWIFT CODE:HUNTUS33
REFERENCE: INVOICE NUMBER

ACH/EFT INFORMATION
MCDONALD HOPKINS LLC
THE HUNTINGTON NATIONAL BANK
ABA NUMBER: 041000153
ACCOUNT NUMBER: 01662878158
SWIFT CODE: HUNTUS33
REFERENCE: INVOICE NUMBER

PAY BY CREDIT CARD
SEND EMAIL TO
MHACCOUNTING@
MCDONALDHOPKINS.COM

ACCOUNTS RECEIVABLE
MCDONALD HOPKINS LLC
ATTN: ACCOUNTS RECEIVABLE
600 SUPERIOR AVE, E.
SUITE 2100
CLEVELAND, OHIO 44114

**McDonald Hopkins**

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

*P.* 216.348.5400
*F.* 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

TERVES LLC
ATTN:  ANDREW SHERMAN, CEO
24112 ROCKWELL DRIVE
EUCLID, OH 44117

APRIL 14, 2020
Invoice No:  1381734

---

FOR SERVICES RENDERED AND DISBURSEMENTS AS FOLLOWS

RE:   TERVES V. YUEYANG ET AL.
      46657-00003

THROUGH MARCH 31, 2020 INCLUDING THE FOLLOWING ITEMIZED SERVICES

FEES FOR SERVICES

EXPENSES





EXPENSES

TOTAL

STATEMENT OF ACCOUNT

STATEMENT DATED CURRENT
PREVIOUS BALANCE
ADJUSTMENTS OR CREDITS

TOTAL AMOUNT DUE



---

WIRE TRANSFER INFORMATION
MCDONALD HOPKINS LLC
THE HUNTINGTON NATIONAL BANK
ABA NUMBER:044000024
ACCOUNT NUMBER: 01662878158
SWIFT CODE:HUNTUS33
REFERENCE: INVOICE NUMBER

ACH/EFT INFORMATION
MCDONALD HOPKINS LLC
THE HUNTINGTON NATIONAL BANK
ABA NUMBER: 041000153
ACCOUNT NUMBER: 01662878158
SWIFT CODE: HUNTUS33
REFERENCE: INVOICE NUMBER

PAY BY CREDIT CARD
SEND EMAIL TO
MHACCOUNTING@
MCDONALDHOPKINS.COM

ACCOUNTS RECEIVABLE
MCDONALD HOPKINS LLC
ATTN: ACCOUNTS RECEIVABLE
600 SUPERIOR AVE, E.
SUITE 2100
CLEVELAND, OHIO 44114

**McDonald** Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

*P.* 216.348.5400
*F.* 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

03/02/20 ███████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████████
██████████████████████████   REVIEW ECF# 15
(COURT ORDER DISSOLVING SEIZURE ORDER); PERFORM LEGAL
RESEARCH TO DETERMINE WHETHER MMP CAN APPEAL WHEN
ORDER █████████████████████████████████████
████████████████

MATTHEW J CAVANAGH          ~~1.70 hours at~~     ~~475.00/hr~~     ~~807.50~~
                      **1.2 hours at 475 / hr = 570.00**

03/03/20 ████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████████
REVIEW EMAIL FROM MMP'S COUNSEL REGARDING REQUEST TO
RE-OPEN TIME TO APPEAL ORDER DISSOLVING SEIZURE ORDER
AND ANALYZE SAME; REVIEW FED. R. 54 AND 52 TO
DETERMINE WHETHER OR NOT COURT SHOULD ISSUE FINDINGS
OF FACT AND CONCLUSIONS OF LAW ON SEIZURE ORDER;
DRAFT EMAIL RESPONSE TO MMP'S COUNSEL AND CONFER WITH
MCDONALD HOPKINS' COUNSEL REGARDING SAME; ████████
████████████████████████████████████████████
████████   REVIEW REVISED PROPOSED FINDINGS AND
CONCLUSIONS OFFERED BY ECOMETAL; REVIEW ECOMETAL'S
REQUEST TO UNSEAL RECORD AND CONSIDER STRATEGY FOR
RESPONDING TO SAME; ████████████████████████████
████████████████████████████████████████████

MATTHEW J CAVANAGH          ~~3.20 hours at~~     ~~475.00/hr~~     ~~1,520.00~~
                   **2.8 hours at 475.00 / hr = 1,306.25**



McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

*P.* 216.348.5400
*F.* 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

RE:  TERVES V. YUEYANG ET AL.
     46657-00003

03/04/20  ██████████████████████████████████████
          ██████████████████████████████████████
          ██████████████████████████████████████
          ████████████  REVIEW CASE FILE FOR MMP TRADE SECRET
          CASE, IDENTIFY DOCUMENTS THAT WILL BE UNSEALED, AND
          DRAFT EMAIL TO A. SHERMAN REGARDING UNSEALING OF
          DOCUMENTS; ████████████████████████████████
          ████████████████████████████████████████
          ██████████████████████████

          MATTHEW J CAVANAGH       ~~1.50 hours at~~    ~~475.00/hr~~    ~~712.50~~
                          **0.4 hours at 475 / hr = 190.00**



McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

*P.* 216.348.5400
*F.* 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

RE:  TERVES V. YUEYANG ET AL.
     46657-00003



03/10/20        REVIEW MARCH 10 EMAIL FROM E. TALLEY
                (COUNSEL FOR MMP) REGARDING TRADE SECRET CASE,
                REQUEST TO SEAL CERTAIN PARTS OF RECORD, AND PROPOSED
                FINDINGS AND CONCLUSIONS OF LAW; CONFER WITH MCDONALD
                HOPKINS' COUNSEL REGARDING MMP'S REQUEST FOR APPEAL
                AND STRATEGY REGARDING PROPOSED FINDINGS AND
                CONCLUSIONS DUE BY FRIDAY, MAR. 14.
      MATTHEW J CAVANAGH            ~~3.10 hours at~~   ~~475.00/hr~~   ~~1,472.50~~

                          **2.0 hours at 475 / hr = 950.00**

**McDonald** Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

*P.* 216.348.5400
*F.* 216.348.5474
mcdonaldhopkins.com
Fed. ID  34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

RE:  TERVES V. YUEYANG ET AL.
     46657-00003

03/11/20  REVIEW FEDERAL RULE 52 TO ASSESS WHETHER SPECIFIC
          PROPOSED FINDINGS/CONCLUSIONS ARE REQUIRED BEYOND
          WHAT JUDGE NUGENT HAS ALREADY ENTERED TO DISSOLVE THE
          SEIZURE ORDER; FINALIZE EMAIL TO MMP'S COUNSEL
          SETTING FORTH TERVES' POSITION REGARDING PROPOSED
          FINDINGS/CONCLUSIONS AND DOCUMENTS TO BE KEPT UNDER
          SEAL IN THE TRADE SECRET CASE; PERFORM LEGAL RESEARCH
          TO DETERMINE WHETHER DISSOLUTION OF SEIZURE ORDER IS
          "DENIAL OF AN INTERLOCUTORY INJUNCTION" UNDER FEDERAL
          RULE 52; DRAFT AND REVISE PROPOSED FINDINGS OF FACT
          AND CONCLUSIONS OF LAW ON DISSOLUTION OF SEIZURE
          ORDER DUE ON MAR. 13; ██████████████████████

          ████████████████████████████████████████████████
          ████████████████████████████████████████████████
          ████████████████████████████████████████

          BEGIN DRAFT PROPOSED FINDINGS OF FACT AND CONCLUSIONS
          OF LAW FOR COURT ORDER DISSOLVING SEIZURE ORDER.
          MATTHEW J CAVANAGH            8.30 hours at   475.00/hr  3,942.50

**McDonald**Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

*P.* 216.348.5400
*F.* 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

RE:  TERVES V. YUEYANG ET AL.
     46657-00003

03/12/20   DRAFT COVER PLEADING TO PROPOSED FINDINGS/CONCLUSIONS
           IN TRADE SECRET CASE, EXPLAINING WHY ADDITIONAL
           FINDINGS ARE NO REQUIRED; DRAFT RESPONSE TO MMP'S
           MAR. 11 EMAIL REGARDING MAINTAINING CERTAIN DOCUMENTS
           UNDER SEAL AND ATTEMPTS TO AGREE ON CERTAIN FINDINGS
           OF FACT/CONCLUSIONS OF LAW; REVISE PROPOSED
           FINDINGS/CONCLUSIONS TO ADDRESS EXISTENCE OF "TRADE
           SECRET" ISSUE; ███████████████████████

           MATTHEW J CAVANAGH    ~~4.70 hours at~~   ~~475.00/hr~~   ~~2,232.50~~

**3.0 hours at 475.00/hr = 1,425.00**

03/13/20   REVIEW, ANALYSIS AND REVISION OF THE FINDINGS OF FACT
           AND CONCLUSIONS OF LAW FOR THE EX PARTE SEIZURE
           ACTION.

           DAVID B CUPAR          0.80 hours at   570.00/hr    456.00

McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

P. 216.348.5400
F. 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

RE:  TERVES V. YUEYANG ET AL.
     46657-00003

03/13/20  CONTINUE TO DRAFT AND REVISE PROPOSED
          FINDINGS/CONCLUSIONS IN SUPPORT OF ORDER DISSOLVING
          SEIZURE ORDER, FINALIZE SAME, AND APPROVE FOR FILING
          AND SERVICE; ███████████████████████████████████
          ███████████████████████████████████████████████
          ███████████████████████████████████████████████
          ███████████████████████████████████████

          MATTHEW J CAVANAGH        ~~3.60 hours at   475.00/hr    1,710.00~~
                                    **2.0 hours at 475.00/hr = 950.00**





McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

*P.* 216.348.5400
*F.* 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

RE:  TERVES V. YUEYANG ET AL.
     46657-00003



McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

*P.* 216.348.5400
*F.* 216.348.5474
mcdonaldhopkins.com
Fed. ID  34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

RE:  TERVES V. YUEYANG ET AL.
     46657-00003

03/19/20   REVIEW REDACTIONS PROPOSED BY ECOMETAL TO HEARING
           TRANSCRIPT AND MOTION FOR EX PARTE SEIZURE ORDER;
           TELECONFERENCE WITH MH'S COUNSEL TO DISCUSS STRATEGY
           FOR RESPONDING TO ISSUES RAISED BY MMP ABOUT
           PROTECTIVE ORDER AND OTHER MATTERS RELATING TO THE
           TRADE SECRET CASE; DRAFT EMAIL TO MMP'S ATTORNEY;

           ████████████████████████████████████████
           ████████████████████████████████████████
           ████████████████████████████████
           ██████████████████████████████
           ████████████████████████████████████
           ██████████████████████████████████████████
           ████████████████████████████████

           MATTHEW J CAVANAGH      ~~3.80 hours at~~   ~~475.00/hr~~   ~~1,805.00~~
                                   **0.8 hours at 475.00/hr = 456.00**

████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

*P.* 216.348.5400
*F.* 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

RE: TERVES V. YUEYANG ET AL.
46657-00003

03/20/20   FINALIZE EMAIL TO MMP'S COUNSEL REGARDING SEALING
RECORDS AND ISSUES RELATED TO APPEAL; REVIEW COURT'S
MAR. 20 ORDER ISSUING FINDINGS OF FACT AND
CONCLUSIONS OF LAW; EXCHANGE EMAILS WITH E. TALLEY
(ATTORNEY FOR MMP) REGARDING STAYING TRADE SECRET
CASE ON APPEAL; ████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████████
████████ REVIEW PROPOSED REDACTIONS TO MOTION FOR EX
PARTE SEIZURE ORDER BY MMP AND DRAFT RESPONSE TO
SAME; PERFORM LEGAL RESEARCH TO SUPPORT MOTION TO
STAY TRADE SECRET CASE PENDING APPEAL; DRAFT AND
REVISE MOTION TO STAY DISTRICT COURT CASE PENDING
APPEAL BY MMP; ████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████
████████████████████

MATTHEW J CAVANAGH    ~~4.30 hours at~~    ~~475.00/hr~~    ~~2,042.50~~
**1.8 hours at 475.00/hr = 855.00**

████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████

McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

*P.* 216.348.5400
*F.* 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

RE: TERVES V. YUEYANG ET AL.
    46657-00003



03/25/20   ANALYSIS OF PROPOSED MOTION TO STAY. ▮▮▮▮▮▮
           ▮▮▮▮▮▮▮▮▮▮▮▮

           DAVID B CUPAR              ~~0.60 hours at    570.00/hr      342.00~~
                                      **0.3 hours at 570.00/hr = 171.00**

03/25/20   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

           REVIEW MAR. 25 EMAIL FROM MMP'S COUNSEL REGARDING
           COURT UNSEALING DOCKET; TELECONFERENCE WITH JUDGE
           NUGENT'S CHAMBERS REGARDING UNSEALING OF COURT DOCKET
           AND PROCEDURE FOR RESOLVING SAME; DRAFT AND REVISE
           MOTION TO FILE TERVES' PROPOSED FINDINGS/CONCLUSIONS
           UNDER SEAL;  REVIEW EXHIBITS TO PROPOSED
           FINDINGS/CONCLUSIONS AND MARK "TRADE SECRET"
           INFORMATION TO BE REDACTED FROM PUBLIC-VERSION OF
           FILING; EXCHANGE EMAILS WITH MMP'S COUNSEL REGARDING
           SEALING CONFIDENTIAL INFORMATION; FINALIZE MOTION TO
           FILE UNDER SEAL AND APPROVE SAME FOR ELECTXRONIC
           FILING.

           MATTHEW J CAVANAGH          ~~3.40 hours at   475.00/hr     1,615.00~~
                                       **3.0 hours at 475.00/hr = 1,425.00**

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

*P.* 216.348.5400
*F.* 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

RE:  TERVES V. YUEYANG ET AL.
     46657-00003

03/26/20  REVIEW DRAFT PROTECTIVE ORDER PROVIDED BY COUNSEL FOR
          MMP AND CONSIDER STRATEGY REGARDING PROTECTIVE ORDER;
          PERFORM LEGAL RESEARCH TO CONFIRM THAT PROTECTIVE
          ORDER IS UNNECESSARY AND THAT MMP SHOULD MOVE TO FILE
          DOCUMENTS "UNDER SEAL" UNDER LOCAL RULE 5.2; DRAFT
          AND REVISE EMAIL TO MMP'S COUNSEL CHALLENGING REQUEST
          FOR PROTECTIVE ORDER.
          MATTHEW J CAVANAGH        0.90 hours at   475.00/hr     427.50


03/27/20  REVIEW COURT ORDER GRANTING MOTION TO FILE DOCUMENTS
          UNDER SEAL IN TRADE SECRET CASE; DRAFT NOTICE OF
          FILING REDACTED VERSION OF FILINGS NOW UNDER SEAL, AS
          ORDERED BY THE COURT, AND APPROVE SAME FOR ELECTRONIC
          FILING; REVIEW COURT DOCKET TO ENSURE THAT FILINGS
          ARE NOW UNDER SEAL.
          MATTHEW J CAVANAGH        0.70 hours at   475.00/hr     332.50


03/30/20  PERFORM LEGAL RESEARCH TO SUPPORT ARGUMENT THAT
          DISSOLUTION OF SEIZURE ORDER IS NOT IMMEDIATELY
          APPEALABLE; EVALUATE WHETHER TO MOVE TO DISMISS MMP'S
          FORTHCOMING APPEAL BASED ON LEGAL RESEARCH FINDINGS;
          READ AND ANALYZE ███████████████████████████████
          ████████████████████████████████ REVIEW
          LEGISLATIVE HISTORY FOR U.S. DEFEND TRADE SECRETS ACT
          TO DETERMINE WHETHER IT ADDRESSES APPEALABILITY OF
          SEIZURE ORDER RULINGS; REVIEW SIXTH CIRCUIT DECISIONS
          THAT HELD ORDERS ON TEMPORARY RESTRAINING ORDERS ARE
          NOT APPEALABLE AND ASSESS IMPACT ON CASE.
          MATTHEW J CAVANAGH        2.40 hours at   475.00/hr   1,140.00



McDonald Hopkins LLC          *P.* 216.348.5400
Suite 2100                    *F.* 216.348.5474
600 Superior Avenue, E        mcdonaldhopkins.com
Cleveland, Ohio  44114        Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt


RE:  TERVES V. YUEYANG ET AL.
     46657-00003


03/31/20   REVIEW MMP'S DRAFT MOTION TO FILE DOCUMENTS UNDER
           SEAL AND CONFER WITH MH'S COUNSEL REGARDING SAME;
           REVIEW REDACTED VERSIONS OF TRANSCRIPT AND OTHER
           FILINGS TO BE SUBMITTED BY MMP TO DETERMINE WHETHER
           TERVES OPPOSE MMP'S FORTHCOMING MOTION TO FILE UNDER
           SEAL; REVIEW CASELAW REGARDING LIMITED NATURE OF
           "INTERLOCUTORY" APPEALS TO PLAN ARGUMENTS FOR MOTION
           TO DISMISS APPEAL DUE TO LACK OF APPELLATE
           JURISDICTION.
           MATTHEW J CAVANAGH          1.30 hours at   475.00/hr     617.50



McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

P. 216.348.5400
F. 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

```
TERVES LLC
ATTN:  ANDREW SHERMAN, CEO                    MAY 18, 2020
24112 ROCKWELL DRIVE                    Invoice No:  1384533
EUCLID, OH 44117
```

```
FOR SERVICES RENDERED AND DISBURSEMENTS AS FOLLOWS

RE:  TERVES V. YUEYANG ET AL.
     46657-00003

THROUGH APRIL 30, 2020 INCLUDING THE FOLLOWING ITEMIZED SERVICES

               FEES FOR SERVICES
               EXPENSES

               TOTAL
```

AGING OF ACCOUNT

| 0 - 30 DAYS | 31 - 60 DAYS | 61 - 90 DAYS | 91 + DAYS | TOTAL |
|---|---|---|---|---|
|  |  |  |  |  |

PAYMENT BY WIRE TRANSFER, ACH, OR CREDIT CARD
CONTACT ACCOUNTS RECEIVABLE AT (216) 348-5445
OR MHACCOUNTING@MCDONALDHOPKINS.COM

PAYMENT BY CHECK
MCDONALD HOPKINS LLC
ATTN: ACCOUNTS RECEIVABLE
600 SUPERIOR AVE, E.
SUITE 2100
CLEVELAND, OHIO 44114

**McDonald Hopkins**

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P. 216.348.5400
F. 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

TERVES LLC
ATTN:  ANDREW SHERMAN, CEO
24112 ROCKWELL DRIVE
EUCLID, OH 44117

MAY 18, 2020
Invoice No:  1384533

FOR SERVICES RENDERED AND DISBURSEMENTS AS FOLLOWS

RE:  TERVES V. YUEYANG ET AL.
     46657-00003

THROUGH APRIL 30, 2020 INCLUDING THE FOLLOWING ITEMIZED SERVICES

FEES FOR SERVICES

EXPENSES



STATEMENT OF ACCOUNT

STATEMENT DATED CURRENT

PAYMENT BY WIRE TRANSFER, ACH, OR CREDIT CARD
CONTACT ACCOUNTS RECEIVABLE AT (216) 348-5445
OR MHACCOUNTING@MCDONALDHOPKINS.COM

PAYMENT BY CHECK
MCDONALD HOPKINS LLC
ATTN: ACCOUNTS RECEIVABLE
600 SUPERIOR AVE, E.
SUITE 2100
CLEVELAND, OHIO 44114



McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

*P.* 216.348.5400
*F.* 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

PREVIOUS BALANCE
ADJUSTMENTS OR CREDITS
TOTAL AMOUNT DUE



McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

*P.* 216.348.5400
*F.* 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

RE:  TERVES V. YUEYANG ET AL.
     46657-00003



**McDonald** Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

*P.* 216.348.5400
*F.* 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

RE:  TERVES V. YUEYANG ET AL.
     46657-00003

04/03/20     ██████████████████████████████████████████
             ███████████████████████████████████
             ██████████████████████████████████████████
             ██████████████████████████████████████████
             ████████████████████████████████████████
             ███████  REVIEW NOTICE OF APPEAL FILED BY MMP AND
             DRAFT UPDATE EMAIL TO A. SHERMAN REGARDING SAME;
             REVIEW A. SHERMAN EMAIL AND RESPOND TO QUESTIONS BY
             A. SHERMAN; REVIEW DOCUMENTS FILED UNDER SEAL AND ON
             PUBLIC DOCKET BY MMP; REVISE MOTION TO STAY CASE
             PENDING APPEAL AND FORWARD TO E. TALLY FOR REVIEW;
             REVIEW EDITS TO MOTION TO STAY BY MMP, FINALIZE
             MOTION, AND APPROVE SAME FOR ELECTRONIC FILING.
             MATTHEW J CAVANAGH          ~~2.20 hours at   475.00/hr   1,045.00~~
                                      **1.5 hours at 475.00/hr = 712.50**

**McDonald Hopkins**

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

P. 216.348.5400
F. 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

RE:  TERVES V. YUEYANG ET AL.
     46657-00003

04/07/20 ███████████████████████████
         █████████████████████
         ████████████████████ REVIEW
JUDGE NUGENT'S ORDER DENYING MOTION TO STAY TRADE
SECRET CASE PENDING MMP'S APPEAL ON EX PARTE SEIZURE
ORDER AND PLAN CASE STRATEGY ACCORDINGLY; REVIEW
HALLIBURTON V. AXIS TECHNOLOGIES CASE AS
INVESTIGATIVE WORK INTO WILKINSON AND LOREN SWOR'S
TRADE SECRET MISAPPORPRIATION FROM HALLIBURTON;
REVIEW BRIAN WILKINSON'S BANKRUPTCY CASE TO DISCHARGE
TRADE SECRET JUDGMENT; ████████████████████
         ████████████████████████ DRAFT
EMAIL TO MMP'S COUNSEL REGARDING CONSENT TO 30-DAY
EXTENSION TO RESPOND TO TRADE SECRET COMPLAINT BASED
ON COURT'S REFUSAL TO STAY CASE; ATTEMPT TO CALL
JUDGE NUGENT'S CHAMBERS REGARDING ORDER DENYING STAY
OF CASE PENDING APPEAL; ███████████████████████
         ████████████████████████ DRAFT
AND REVISE MOTION FOR EXTENSION OF ANSWER DEADLINE IN
TRADE SECRET CASE AND DRAFT EMAIL TO MH'S COUNSEL
REGARDING SAME; FINALIE MOTION FOR EXTENSION AND
APPROVE SAME FOR ELECTRONIC FILING; █████████████
         ██████████████████████████
         ████████████████████████
         ████████████████████████

MATTHEW J CAVANAGH      ~~4.40 hours at~~   ~~475.00/hr~~   ~~2,090.00~~

**3.0 hours at 475.00/hr = 1,425.00**



McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

*P.* 216.348.5400
*F.* 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

RE:  TERVES V. YUEYANG ET AL.
      46657-00003





McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

*P.* 216.348.5400
*F.* 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

RE:  TERVES V. YUEYANG ET AL.
     46657-00003





McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

*P.* 216.348.5400
*F.* 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

RE:   TERVES V. YUEYANG ET AL.
      46657-00003



McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

*P.* 216.348.5400
*F.* 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

RE:  TERVES V. YUEYANG ET AL.
     46657-00003



McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P. 216.348.5400
F. 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

RE:   TERVES V. YUEYANG ET AL.
      46657-00003





McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

*P.* 216.348.5400
*F.* 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

RE:  TERVES V. YUEYANG ET AL.
     46657-00003





McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

*P.* 216.348.5400
*F.* 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

RE:  TERVES V. YUEYANG ET AL.
     46657-00003





McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

*P.* 216.348.5400
*F.* 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

RE:  TERVES V. YUEYANG ET AL.
     46657-00003





McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

*P.* 216.348.5400
*F.* 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

RE:  TERVES V. YUEYANG ET AL.
     46657-00003





McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

*P.* 216.348.5400
*F.* 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

RE:  TERVES V. YUEYANG ET AL.
     46657-00003





McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

P. 216.348.5400
F. 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

RE:  TERVES V. YUEYANG ET AL.
     46657-00003



McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

*P.* 216.348.5400
*F.* 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

RE:  TERVES V. YUEYANG ET AL.
     46657-00003





McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P. 216.348.5400
F. 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

```
TERVES LLC
ATTN:  ANDREW SHERMAN, CEO                    JUNE 16, 2020
24112 ROCKWELL DRIVE                   Invoice No:  1386569
EUCLID, OH 44117
```

FOR SERVICES RENDERED AND DISBURSEMENTS AS FOLLOWS

RE:  TERVES V. YUEYANG ET AL.
     46657-00003

THROUGH MAY 31, 2020 INCLUDING THE FOLLOWING ITEMIZED SERVICES

FEES FOR SERVICES
EXPENSES

TOTAL

AGING OF ACCOUNT

| 0 - 30 DAYS | 31 - 60 DAYS | 61 - 90 DAYS | 91 + DAYS | TOTAL |
|---|---|---|---|---|
|  |  |  |  |  |

REMITTANCE COPY

PAYMENT BY WIRE TRANSFER, ACH, OR CREDIT CARD
CONTACT ACCOUNTS RECEIVABLE AT (216) 348-5445
OR MHACCOUNTING@MCDONALDHOPKINS.COM

PAYMENT BY CHECK
MCDONALD HOPKINS LLC
ATTN: ACCOUNTS RECEIVABLE
600 SUPERIOR AVE, E.
SUITE 2100
CLEVELAND, OHIO 44114



McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

P. 216.348.5400
F. 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

TERVES LLC
ATTN:  ANDREW SHERMAN, CEO
24112 ROCKWELL DRIVE
EUCLID, OH 44117

JUNE 16, 2020
Invoice No:  1386569

FOR SERVICES RENDERED AND DISBURSEMENTS AS FOLLOWS

RE:  TERVES V. YUEYANG ET AL.
     46657-00003

THROUGH MAY 31, 2020 INCLUDING THE FOLLOWING ITEMIZED SERVICES

FEES FOR SERVICES

EXPENSES



PAYMENT BY WIRE TRANSFER, ACH, OR CREDIT CARD
CONTACT ACCOUNTS RECEIVABLE AT (216) 348-5445
OR MHACCOUNTING@MCDONALDHOPKINS.COM

PAYMENT BY CHECK
MCDONALD HOPKINS LLC
ATTN: ACCOUNTS RECEIVABLE
600 SUPERIOR AVE, E.
SUITE 2100
CLEVELAND, OHIO 44114



McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

*P.* 216.348.5400
*F.* 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

TOTAL

STATEMENT OF ACCOUNT

STATEMENT DATED CURRENT
PREVIOUS BALANCE
ADJUSTMENTS OR CREDITS

TOTAL AMOUNT DUE



McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

*P.* 216.348.5400
*F.* 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

RE:  TERVES V. YUEYANG ET AL.
     46657-00003

05/01/20  ███████████████████████████████████
          ████████████████████████████████████
          ██████████████████████████████████████
          ██████████████████████████████████
          ████████████████████████████████████████
          ████████████████████████████████████████
          ████████████████████████████████
          CONTINUE TO REVISE MOTION TO DISMISS TRADE SECRET
          COMPLAINT BY MMP.
          MATTHEW J CAVANAGH        ~~1.40 hours at   475.00/hr       665.00~~
                                  **0.5 hours at 475.00/hr = 237.50**



McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

*P.* 216.348.5400
*F.* 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

RE:  TERVES V. YUEYANG ET AL.
      46657-00003



05/05/20   CONTINUE TO REVISE MOTION TO DISMISS MMP'S TRADE
           SECRET COMPLAINT; DRAFT AND REVISE MEDIATION
           STATEMENT TO SIXTH CIRCUIT FOR APPEAL.
           MATTHEW J CAVANAGH          6.10 hours at  475.00/hr   2,897.50



McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

*P.* 216.348.5400
*F.* 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

RE:  TERVES V. YUEYANG ET AL.
     46657-00003


05/06/20  EXCHANGE EMAILS WITH MMP'S COUNSEL REGARDING
          MEDIATION MATERIALS FOR SIXTH CIRCUIT; TELECONFERENCE
          WITH MMP'S COUNSEL REGARDING HIS REQUEST TO PRODUCE A
          "VIDEO" OF THE TRADE SECRET AND REJECT REQUEST; EMAIL
          A. SHERMAN TO UPDATE ON ECOMETAL'S REQUEST TO PRODUCE
          VIDEO OF TRADE SECRET.
          MATTHEW J CAVANAGH          0.80 hours at   475.00/hr      380.00





McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P. 216.348.5400
F. 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

RE:  TERVES V. YUEYANG ET AL.
     46657-00003

05/11/20   EDIT AND FINALIZE MOTION TO DISMISS COMPLAINT; REVIEW
           LOCAL RULES REGARDING OBTAINING LEAVE TO FILE
           UNREDACTED VERSION OF MEMORANDUM IN SUPPORT OF MOTION
           TO DISMISS UNDER SEAL; DRAFT MOTION FOR LEAVE TO FILE
           UNREDACTED MEMORANDUM UNDER SEAL; APPROVE MOTION TO
           DISMISS FOR ELECTRONIC FILING.
           MATTHEW J CAVANAGH        3.70 hours at   475.00/hr   1,757.50



McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

*P.* 216.348.5400
*F.* 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

RE:  TERVES V. YUEYANG ET AL.
     46657-00003

05/13/20   DRAFT AND REVISE MOTION TO DISMISS APPEAL; ATTEND
           MEDIATION BEFORE SIXTH CIRCUIT MEDIATION OFFICE;



MATTHEW J CAVANAGH           ~~6.60 hours at~~      ~~475.00/hr~~      ~~3,135.00~~
                             **4.6 hours at 475.00/hr = 2,185.00**



McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

*P.* 216.348.5400
*F.* 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

RE:  TERVES V. YUEYANG ET AL.
     46657-00003





McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

*P.* 216.348.5400
*F.* 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

RE:  TERVES V. YUEYANG ET AL.
     46657-00003





McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

*P.* 216.348.5400
*F.* 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

RE:  TERVES V. YUEYANG ET AL.
     46657-00003





McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

P. 216.348.5400
F. 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

RE:  TERVES V. YUEYANG ET AL.
     46657-00003



05/21/20                                                       REVIEW
         CASELAW CITED IN MMP'S OPPOSITION TO MOTION TO
         DISMISS APPEAL AND EVALUATE COUNTER-ARGUMENTS TO SAME
         IN PREPARATION FOR REPLY BRIEF; ANALYZE MMP'S
         ARGUMENTS AS TO WHY IT MAY APPEAL IMMEDIATELY AND
         DRAFT OUTLINE OF REPLY BRIEF ARGUMENTS.
         MATTHEW J CAVANAGH          5.10 hours at   475.00/hr   2,422.50
                              **1.5 hours at 475.00/hr =712.50**

McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

*P.* 216.348.5400
*F.* 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

RE:  TERVES V. YUEYANG ET AL.
     46657-00003



05/22/20                                              DRAFT OUTLINE OF REPLY BRIEF IN SUPPORT
OF MOTION TO DISMISS APPEAL; CONTINUE TO REVIEW
CASELAW CITED IN MMP'S OPPOSITION TO MOTION TO
DISMISS APPEAL; PERFORM LEGAL RESEARCH TO FIND
ADDITIONAL CASELAW FOR WHY APPEAL OF EX PARTE SEIZURE
ORDER SHOULD NOT BE ALLOWED;

MATTHEW J CAVANAGH       ~~5.90 hours at~~   ~~475.00/hr~~   ~~2,802.50~~

**1.8 hours at 475.00/hr = 855.00**

**McDonald**Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

*P.* 216.348.5400
*F.* 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

RE: TERVES V. YUEYANG ET AL.
    46657-00003

05/26/20    REVIEW CASELAW CITED IN MMP'S OPPOSITION TO MOTION TO
            DISMISS APPEAL AND DRAFT ARGUMENTS DISTINGUISHING
            SAME; PERFORM LEGAL RESEARCH REGARDING NON-BINDING
            NATURE OF "UNPUBLISHED" SIXTH CIRCUIT DECISIONS CITED
            BY MMP; DRAFT AND REVISE REPLY BRIEF IN SUPPORT OF
            MOTION TO DISMISS MMP'S APPEAL; FINALIZE REPLY BRIEF
            IN SUPPORT OF MOTION TO DISMISS APPEAL AND APPROVE
            SAME FOR ELECTRONIC FILING; ███████████████████

            MATTHEW J CAVANAGH        ~~8.30 hours at    475.00/hr    3,942.50~~
                                      **6.0 hours at 475.00/hr = 2,850.00**



05/27/20    CONTINUE TO DRAFT AND REVISE REPLY BRIEF IN SUPPORT
            OF MOTION TO DISMISS MMP'S APPEAL; FINALIZE REPLY
            BRIEF IN SUPPORT OF MOTION TO DISMISS APPEAL AND
            APPROVE SAME FOR ELECTRONIC FILING.

            MATTHEW J CAVANAGH        5.10 hours at    475.00/hr    2,422.50



McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

*P.* 216.348.5400
*F.* 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

RE:  TERVES V. YUEYANG ET AL.
     46657-00003



McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

P. 216.348.5400
F. 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

```
TERVES LLC
ATTN:  ANDREW SHERMAN, CEO              JULY 21, 2020
24112 ROCKWELL DRIVE               Invoice No:  1389252
EUCLID, OH 44117
```

FOR SERVICES RENDERED AND DISBURSEMENTS AS FOLLOWS

RE:  TERVES V. YUEYANG ET AL.
     46657-00003

THROUGH JUNE 30, 2020 INCLUDING THE FOLLOWING ITEMIZED SERVICES

FEES FOR SERVICES
COURTESY DISCOUNT
EXPENSES

TOTAL



AGING OF ACCOUNT

| 0 - 30 DAYS | 31 - 60 DAYS | 61 - 90 DAYS | 91 + DAYS | TOTAL |
|-------------|--------------|--------------|-----------|-------|
|             |              |              |           |       |

PAYMENT BY WIRE TRANSFER, ACH, OR CREDIT CARD
CONTACT ACCOUNTS RECEIVABLE AT (216) 348-5445
OR MHACCOUNTING@MCDONALDHOPKINS.COM

PAYMENT BY CHECK
MCDONALD HOPKINS LLC
ATTN: ACCOUNTS RECEIVABLE
600 SUPERIOR AVE, E.
SUITE 2100
CLEVELAND, OHIO 44114



McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P. 216.348.5400
F. 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

```
TERVES LLC
ATTN:  ANDREW SHERMAN, CEO                      JULY 21, 2020
24112 ROCKWELL DRIVE                      Invoice No:  1389252
EUCLID, OH 44117
```

```
FOR SERVICES RENDERED AND DISBURSEMENTS AS FOLLOWS

RE:   TERVES V. YUEYANG ET AL.
      46657-00003

THROUGH JUNE 30, 2020 INCLUDING THE FOLLOWING ITEMIZED SERVICES


                  FEES FOR SERVICES

                  COURTESY DISCOUNT
```



EXPENSES

PAYMENT BY WIRE TRANSFER, ACH, OR CREDIT CARD
CONTACT ACCOUNTS RECEIVABLE AT (216) 348-5445
OR MHACCOUNTING@MCDONALDHOPKINS.COM

PAYMENT BY CHECK
MCDONALD HOPKINS LLC
ATTN: ACCOUNTS RECEIVABLE
600 SUPERIOR AVE, E.
SUITE 2100
CLEVELAND, OHIO 44114



McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

*P.* 216.348.5400
*F.* 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

TOTAL

STATEMENT OF ACCOUNT

STATEMENT DATED CURRENT
PREVIOUS BALANCE
ADJUSTMENTS OR CREDITS

TOTAL AMOUNT DUE



McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

*P.* 216.348.5400
*F.* 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

RE:  TERVES V. YUEYANG ET AL.
     46657-00003





McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

*P.* 216.348.5400
*F.* 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

RE:  TERVES V. YUEYANG ET AL.
     46657-00003



McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

*P.* 216.348.5400
*F.* 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

RE:  TERVES V. YUEYANG ET AL.
     46657-00003





McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

*P.* 216.348.5400
*F.* 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

RE:  TERVES V. YUEYANG ET AL.
     46657-00003



06/10/20  REVIEW AND EVALUATE MMP'S OPPOSITION TO MOTION TO
          DISMISS AND BEGIN PLANNING REPLY BRIEF.
          MATTHEW J CAVANAGH          1.40 hours at   475.00/hr      665.00



McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

*P.* 216.348.5400
*F.* 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

RE:  TERVES V. YUEYANG ET AL.
     46657-00003





McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

*P.* 216.348.5400
*F.* 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

RE:  TERVES V. YUEYANG ET AL.
     46657-00003

06/22/20    ███████████████████████████████████
            ████████████████████████████████████████
            ██████████████████████████████████████
            ███████████████████████████████████████
            ████    PREPARE TALKING POINT OUTLINE FOR STATUS
            CONFERENCE IN MMP TRADE SECRET CASE BEFORE JUDGE
            NUGENT; ATTEND STATUS CONFERENCE IN TRADE SECRET CASE
            BEFORE JUDGE NUGENT; TELECONFERENCE WITH ATTORNEY FOR
            MCDONALD HOPKINS TO DISCUSS OUTCOME OF STATUS
            CONFERENCE AND REPLY BRIEF STRATEGY; ████████████████
            ███████████████████████████████████████
            ███████████████████████████████████████
            ███████████████████████████████████████
            ███████████████████████████████████████
            ████████████    REVIEW AND ANALYZE MMP'S
            OPPOSITION TO MOTION TO DISMISS TRADE SECRET CASE.
MATTHEW J CAVANAGH        ~~3.70 hours at    475.00/hr    1,757.50~~
                         **2.7 hours at 475.00/hr = 1,282.50**



McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

*P.* 216.348.5400
*F.* 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

RE:  TERVES V. YUEYANG ET AL.
     46657-00003





McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P. 216.348.5400
F. 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

RE:  TERVES V. YUEYANG ET AL.
     46657-00003



```
06/29/20   READ AND ANALYZE CASELAW CITED IN MMP'S OPPOSITION TO
           MOTION TO DISMISS AND DEVELOP ARGUMENTS TO
           DISTINGUISH AND RESPOND TO THAT CASELAW; DRAFT
           OUTLINE OF REPLY BRIEF IN SUPPORT OF MOTION TO
           DISMISS TRADE SECRET CASE; REVIEW CURRENT DRAFT OF
           MCDONALD HOPKINS' REPLY BRIEF AND TELECONFERENCE WITH
           MCDONALD HOPKINS' ATTORNEY ABOUT BRIEF AND CASELAW
           CITED THEREIN.
           MATTHEW J CAVANAGH           6.50 hours at   475.00/hr   3,087.50
```



McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

*P.* 216.348.5400
*F.* 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

RE:  TERVES V. YUEYANG ET AL.
     46657-00003

<span style="background:black;color:black">████████████████████████████████████████████████</span>

06/30/20   DRAFT REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS
           TRADE SECRET COMPLAINT; PERFORM LEGAL RESEARCH
           ESTABLISHING THAT COURT CAN TAKE JUDICIAL NOTICE OF
           FACTS THAT ARE NOT INCORPORATED INTO COMPLAINT FOR
           PURPOSES OF RULING ON MOTION TO DISMISS.
           MATTHEW J CAVANAGH          3.50 hours at  475.00/hr   1,662.50



McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

*P.* 216.348.5400
*F.* 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | West Palm Beach

Invoices Due Upon Receipt

```
TERVES LLC
ATTN:  ANDREW SHERMAN, CEO            SEPTEMBER 2, 2020
24112 ROCKWELL DRIVE                  Invoice No:  1393127
EUCLID, OH 44117
```

FOR SERVICES RENDERED AND DISBURSEMENTS AS FOLLOWS

RE:  TERVES V. YUEYANG ET AL.
     46657-00003

THROUGH JULY 31, 2020 INCLUDING THE FOLLOWING ITEMIZED SERVICES

|                      |      |
|----------------------|------|
| FEES FOR SERVICES    | $    |
| EXPENSES             |      |
| TOTAL                | $    |

AGING OF ACCOUNT

| 0 - 30 DAYS | 31 - 60 DAYS | 61 - 90 DAYS | 91 + DAYS | TOTAL |
|-------------|--------------|--------------|-----------|-------|
|             |              |              |           |       |

PAYMENT BY WIRE TRANSFER, ACH, OR CREDIT CARD
CONTACT ACCOUNTS RECEIVABLE AT (216) 348-5445
OR MHACCOUNTING@MCDONALDHOPKINS.COM

PAYMENT BY CHECK
MCDONALD HOPKINS LLC
ATTN: ACCOUNTS RECEIVABLE
600 SUPERIOR AVE, E.
SUITE 2100
CLEVELAND, OHIO 44114

**McDonald** Hopkins

McDonald Hopkins LLC     *P.* 216.348.5400
Suite 2100     *F.* 216.348.5474
600 Superior Avenue, E     mcdonaldhopkins.com
Cleveland, Ohio  44114     Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | West Palm Beach

Invoices Due Upon Receipt

```
TERVES LLC
ATTN:  ANDREW SHERMAN, CEO                 SEPTEMBER 2, 2020
24112 ROCKWELL DRIVE                       Invoice No:  1393127
EUCLID, OH 44117
```

FOR SERVICES RENDERED AND DISBURSEMENTS AS FOLLOWS

RE:   TERVES V. YUEYANG ET AL.
      46657-00003

THROUGH JULY 31, 2020 INCLUDING THE FOLLOWING ITEMIZED SERVICES

FEES FOR SERVICES     $ ███████

EXPENSES

████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████

TOTAL     ███████

STATEMENT OF ACCOUNT

STATEMENT DATED CURRENT
PREVIOUS BALANCE
TOTAL AMOUNT DUE



PAYMENT BY WIRE TRANSFER, ACH, OR CREDIT CARD
CONTACT ACCOUNTS RECEIVABLE AT (216) 348-5445
OR MHACCOUNTING@MCDONALDHOPKINS.COM

PAYMENT BY CHECK
MCDONALD HOPKINS LLC
ATTN: ACCOUNTS RECEIVABLE
600 SUPERIOR AVE, E.
SUITE 2100
CLEVELAND, OHIO 44114

**McDonald** Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

*P.* 216.348.5400
*F.* 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | West Palm Beach

Invoices Due Upon Receipt

RE:  TERVES V. YUEYANG ET AL.
     46657-00003

07/01/20   DRAFT AND REVISE REPLY BRIEF IN SUPPORT OF MOTION TO
           DISMISS MMP'S COMPLAINT; ███████████████████████████
           ███████████████████████████████████████████
           ███████████████████████████████████████████
           PERFORM LEGAL RESEARCH TO RESPOND TO MMP'S ARGUMENT
           THAT OKLAHOMA DOES NOT RECOGNIZE A LITIGATION
           PRIVILEGE; PERFORM LEGAL RESEARCH TO STRENGTHEN
           ARGUMENT THAT FEDERAL COMMON LAW RECOGNIZES A
           LITIGATION PRIVILEGE.
           MATTHEW J CAVANAGH        ~~6.70 hours at    475.00/hr    3,182.50~~
                                     **6.2 hours at 475.00/hr = 2,945.00**

07/01/20   ███████████████████████████████████████████
           ███████████████████████████████████████████
           RESEARCH IN SUPPORT OF REPLY TO MOTION TO DISMISS
           MISAPPROPRIATION CLAIMS (1.8)
           ANDREW GORDON-SEIFERT     ~~3.90 hours at    350.00/hr    1,365.00~~
                                     **1.8 hours at 350.00/hr = 630.00**

████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████

07/02/20   CONTINUE TO DRAFT AND REVISE REPLY BRIEF IN SUPPORT
           OF MOTION TO DISMISS MMP'S COMPLAINT.
           MATTHEW J CAVANAGH        6.90 hours at    475.00/hr    3,277.50

07/02/20   RESEARCH OF CASE LAW TO SUPPORT REPLY TO MOTION TO
           DISMISS.
           ANDREW GORDON-SEIFERT     1.80 hours at    350.00/hr      630.00

07/03/20   CONTINUE TO DRAFT AND EDIT REPLY BRIEF IN SUPPORT OF
           MOTION TO DISMISS MMP'S COMPLAINT; FINALIZE REPLY
           BRIEF AND APPROVE SAME FOR ELECTRONIC FILING.
           MATTHEW J CAVANAGH        3.40 hours at    475.00/hr    1,615.00



McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

*P.* 216.348.5400
*F.* 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | West Palm Beach

Invoices Due Upon Receipt

RE:  TERVES V. YUEYANG ET AL.
     46657-00003





McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

*P.* 216.348.5400
*F.* 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | West Palm Beach

Invoices Due Upon Receipt

RE:  TERVES V. YUEYANG ET AL.
     46657-00003





McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

*P.* 216.348.5400
*F.* 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | West Palm Beach

Invoices Due Upon Receipt

RE:  TERVES V. YUEYANG ET AL.
     46657-00003





McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

*P.* 216.348.5400
*F.* 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | West Palm Beach

Invoices Due Upon Receipt

RE:  TERVES V. YUEYANG ET AL.
     46657-00003



McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

*P.* 216.348.5400
*F.* 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | West Palm Beach

Invoices Due Upon Receipt

RE:  TERVES V. YUEYANG ET AL.
     46657-00003



07/15/20   PERFORM LEGAL RESEARCH TO DETERMINE WHETHER DISMISSAL
           ORDER MOOTS MMP'S APPEAL OF ORDER DISSOLVING EX PARTE
           SEIZURE ORDER; DRAFT AND REVISE NOTICE TO COURT OF
           APPEALS REGARDING DISMISSAL MOOTING APPEAL; EXCHANGE
           EMAILS WITH A. SHERMAN REGARDING MOVING FOR
           ATTORNEYS' FEES BASED ON DISMISSAL ORDER; ██████████
           ████████████████████████████████████████████
           ████████████████████████████████████████████
           ███████████████

           MATTHEW J CAVANAGH        ~~2.90 hours at~~   ~~475.00/hr~~   ~~1,377.50~~

                              **2.0 hours at 475.00/hr = 950.00**



McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

*P.* 216.348.5400
*F.* 216.348.5474
mcdonaldhopkins.com
Fed. ID  34-1059058

Chicago | Cleveland | Columbus | Detroit | West Palm Beach

Invoices Due Upon Receipt

RE:  TERVES V. YUEYANG ET AL.
46657-00003



07/16/20  REVIEW STATUTES AND CASELAW ADDRESSING LEGAL STANDARD
         FOR OBTAINING FEE AWARD TO EVALUATE POTENTIAL MOTION
         FOR ATTORNEYS' FEES AGAINST MMP; REVIEW FEDERAL RULE
         54 REGARDING TIMING OF FEE MOTION; DETERMINE WHETHER

MATTHEW J CAVANAGH       ~~2.10 hours at     475.00/hr       997.50~~
                         **1.8 hours at 475.00/hr = 855.00**



McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

*P.* 216.348.5400
*F.* 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | West Palm Beach

Invoices Due Upon Receipt

RE:  TERVES V. YUEYANG ET AL.
     46657-00003



McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

*P.* 216.348.5400
*F.* 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | West Palm Beach

Invoices Due Upon Receipt

RE:  TERVES V. YUEYANG ET AL.
     46657-00003



07/23/20

CONTINUE TO DRAFT MOTION FOR ATTORNEYS' FEES IN TRADE SECRET CASE;

MATTHEW J CAVANAGH        8.20 hours at   475.00/hr   3,895.00
                         **6.0 hours at 475.00/hr = 2,850.00**



McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

P. 216.348.5400
F. 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | West Palm Beach

Invoices Due Upon Receipt

RE:  TERVES V. YUEYANG ET AL.
     46657-00003

07/27/20    CONTINUE TO DRAFT AND REVISE MOTION FOR ATTORNEYS'
            FEES AGAINST MMP; ████████████████████████████
            ██████████████████████████████████
            ████████████████████████████████
            ██████████████████████████
            MATTHEW J CAVANAGH        5.80 hours at  475.00/hr  2,755.00
                                  **5.00 hours at 475.00/hr = 2,375.00**

07/28/20    CONTINUE TO DRAFT AND REVISE MOTION FOR ATTORNEYS'
            FEES; GATHER AND REVIEW EXHIBITS TO MOTION FOR FEES;
            FINALIZE MOTION FOR ATTORNEYS' FEES AND APPROVE SAME
            FOR ELECTRONIC FILING.
            MATTHEW J CAVANAGH        4.90 hours at  475.00/hr  2,327.50

07/28/20    CALL WITH MEDIATOR AT SIXTH CIRCUIT COURT OF APPEALS
            TO DISCUSS NEW APPEAL AND POSSIBILITY OF MEDIATION
            TALKS.
            MATTHEW J CAVANAGH        0.60 hours at  475.00/hr    285.00



McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P. 216.348.5400
F. 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | West Palm Beach

Invoices Due Upon Receipt

RE:  TERVES V. YUEYANG ET AL.
     46657-00003



# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

P. 216.348.5400
F. 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | West Palm Beach

Invoices Due Upon Receipt

TERVES LLC
ATTN:  ANDREW SHERMAN, CEO
24112 ROCKWELL DRIVE
EUCLID, OH 44117

SEPTEMBER 2, 2020
Invoice No:  1393128

---

FOR SERVICES RENDERED AND DISBURSEMENTS AS FOLLOWS

RE:  TERVES V. YUEYANG ET AL.
     46657-00003

THROUGH AUGUST 21, 2020 INCLUDING THE FOLLOWING ITEMIZED SERVICES

FEES FOR SERVICES

TOTAL

AGING OF ACCOUNT

| 0 - 30 DAYS | 31 - 60 DAYS | 61 - 90 DAYS | 91 + DAYS | TOTAL |
|---|---|---|---|---|
| | | | | |

---

PAYMENT BY WIRE TRANSFER, ACH, OR CREDIT CARD
CONTACT ACCOUNTS RECEIVABLE AT (216) 348-5445
OR MHACCOUNTING@MCDONALDHOPKINS.COM

PAYMENT BY CHECK
MCDONALD HOPKINS LLC
ATTN: ACCOUNTS RECEIVABLE
600 SUPERIOR AVE, E.
SUITE 2100
CLEVELAND, OHIO 44114



McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

*P.* 216.348.5400
*F.* 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | West Palm Beach

Invoices Due Upon Receipt

TERVES LLC
ATTN: ANDREW SHERMAN, CEO
24112 ROCKWELL DRIVE
EUCLID, OH 44117

SEPTEMBER 2, 2020
Invoice No: 1393128

---

FOR SERVICES RENDERED AND DISBURSEMENTS AS FOLLOWS

RE: TERVES V. YUEYANG ET AL.
    46657-00003

THROUGH AUGUST 21, 2020 INCLUDING THE FOLLOWING ITEMIZED SERVICES

FEES FOR SERVICES

TOTAL



STATEMENT OF ACCOUNT

STATEMENT DATED CURRENT
PREVIOUS BALANCE
TOTAL AMOUNT DUE



---

PAYMENT BY WIRE TRANSFER, ACH, OR CREDIT CARD
CONTACT ACCOUNTS RECEIVABLE AT (216) 348-5445
OR MHACCOUNTING@MCDONALDHOPKINS.COM

PAYMENT BY CHECK
MCDONALD HOPKINS LLC
ATTN: ACCOUNTS RECEIVABLE
600 SUPERIOR AVE, E.
SUITE 2100
CLEVELAND, OHIO 44114



McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

*P.* 216.348.5400
*F.* 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | West Palm Beach

Invoices Due Upon Receipt

RE: TERVES V. YUEYANG ET AL.
46657-00003





McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

*P.* 216.348.5400
*F.* 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | West Palm Beach

Invoices Due Upon Receipt

RE:  TERVES V. YUEYANG ET AL.
     46657-00003





McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

*P.* 216.348.5400
*F.* 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | West Palm Beach

Invoices Due Upon Receipt

RE:  TERVES V. YUEYANG ET AL.
     46657-00003





McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

P. 216.348.5400
F. 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | West Palm Beach

Invoices Due Upon Receipt

RE:   TERVES V. YUEYANG ET AL.
      46657-00003



08/12/20   REVIEW AND ANALYZE MMP'S OPPOSITION TO MOTION FOR
           ATTORNEYS' FEES AND FORWARD SAME TO A. SHERMAN.
           MATTHEW J CAVANAGH          0.70 hours at   475.00/hr       332.50

**McDonald** Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

*P.* 216.348.5400
*F.* 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | West Palm Beach

Invoices Due Upon Receipt

RE:  TERVES V. YUEYANG ET AL.
     46657-00003

08/17/20   DRAFT AND REVISE REPLY BRIEF IN SUPPORT OF MOTION FOR
           ATTORNEYS' FEES IN MMP TRADE SECRET CASE; ███████████
           █████████████

           MATTHEW J CAVANAGH       ~~2.00 hours at~~    ~~475.00/hr~~    ~~950.00~~
                                    **1.7 hours at 475.00/hr. = 807.50**

08/18/20   DRAFT AND REVISE REPLY BRIEF IN SUPPORT OF MOTION FOR
           ATTORNEYS' FEES IN MMP TRADE SECRET CASE; FINALIZE
           REPLY BRIEF AND APPROVE SAME FOR FILING; REVIEW SIXTH
           CIRCUIT ORDER DISMISSING MMP'S ORIGINAL APPEAL AS
           MOOT.

           MATTHEW J CAVANAGH       6.00 hours at   475.00/hr   2,850.00



McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

*P.* 216.348.5400
*F.* 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | West Palm Beach

Invoices Due Upon Receipt

RE:  TERVES V. YUEYANG ET AL.
     46657-00003

