# EXHIBIT 2

**DUNLAP CODDING, P.C.**
The Film Exchange District
609 W. Sheridan Avenue
Oklahoma City, OK  73102

405-607-8600
Federal ID 73-1394634

MAGNESIUM MACHINE, LLC
5305 Robert Lee Rd
Duncan  OK  73533

Attention Loren Swor

Page: 1
01/31/2020
ACCOUNT NO: 4672-011M
STATEMENT NO: 3

MAGNESIUM MACHINE v. TERVES LLC

| Date | Atty | Task | Act | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| | | | | PREVIOUS BALANCE | | $40,901.74 |
| 01/03/2020 | JAS | L200 | A103 | Review and revise email to Matt Cavanagh regarding appeal from TRO denial. | 0.30 | |
| | | | | Jordan A Sigale | 0.30 | |
| 01/13/2020 | EWT | L220 | A107 | Communications with opposing counsel regarding submission of findings of fact and conclusions of law. | 0.20 | |
| 01/28/2020 | EWT | L220 | A105 | Communications with Mr. Sigale and Mr. Gille regarding preparation and submission of written findings of fact and conclusions of law. | 1.00 | |
| | | | | Evan Talley | 1.20 | |
| ■ | ■ | ■ | ■ | ■ | ■ | |
| ■ | ■ | ■ | ■ | ■ | ■ | |
| 01/02/2020 | AMR | L120 | A105 | Meet and confer with Dr. Yuill regarding drafting letter to opposing counsel and filing appeal. | 0.30 | |
| | | | | Ann M. Robl | 0.30 | |
| 01/28/2020 | GTG | L220 | A103 | Draft Findings of Fact and Conclusions of Law. | 4.75 | |
| | | | | Grant T. Gille | 4.75 | |
| 01/15/2020 | JO | | | Prepare all initial case documents and ready for service. | 1.50 | |
| | | | | Julie Oseland | 1.50 | |
| | | | | FOR CURRENT SERVICES RENDERED | 15.55 | 4,122.50 |
| 01/01/2020 | | L220 | E122 | Case Expense - Court Related- Payment to Norchi Forbes LLC for professional services relating to the above referenced matter. | | 3,120.40 |

MAGNESIUM MACHINE, LLC

Page: 2
01/31/2020
ACCOUNT NO: 4672-011M
STATEMENT NO: 3

MAGNESIUM MACHINE v. TERVES LLC

| | | | | |
|---|---|---|---|---|
| 01/15/2020 | L390 | E113 | Payment to One Source Process, Inc. for serving subpoena to Terves, LLC, c/o Registered Service Agent Business Filings Incorporated relating to the above referenced matter. | 191.20 |
| 01/23/2020 | L390 | E113 | Payment to One Source Process, Inc. for serving subpoena to McDonald Hopkins LLC, c/o William J. O'Neill Registered Service relating to the above referenced matter. | 191.20 |
| | | | TOTAL EXPENSES | 3,502.80 |
| | | | TOTAL CURRENT WORK | 7,625.30 |
| 01/08/2020 | | | Payment - Thank you. | -14,762.00 |
| | | | BALANCE DUE | $33,765.04 |

<u>Task Code Summary</u>

| | | FEES | EXPENSES |
|---|---|---:|---:|
| L120 | Analysis/Strategy | 2520.00 | 0.00 |
| L100 | Case Assessment, Development and Administration | 2,520.00 | 0.00 |
| L200 | Pre-Trial Pleadings and Motions | 120.00 | 0.00 |
| L220 | Preliminary Injunctions/Provisional Remedies | 1310.00 | 3120.40 |
| L200 | Pre-Trial Pleadings and Motions | 1,430.00 | 3,120.40 |
| L390 | Other Discovery | 0.00 | 382.40 |
| L300 | Discovery | 0.00 | 382.40 |

**PAY ONLINE AT http://payment.dunlapcodding.com**

**PLEASE PUT YOUR ACCOUNT NUMBER ON YOUR CHECK.**

**DUNLAP CODDING, P.C.**
The Film Exchange District
609 W. Sheridan Avenue
Oklahoma City, OK  73102

405-607-8600
Federal ID 73-1394634

|  |  |
|---|---|
| MAGNESIUM MACHINE, LLC | Page: 1 |
| 5305 Robert Lee Rd | 02/29/2020 |
| Duncan OK 73533 | ACCOUNT NO: 4672-011M |
|  | STATEMENT NO: 4 |

Attention Loren Swor

MAGNESIUM MACHINE v. TERVES LLC

| | | | | | Hours |
|---|---|---|---|---|---|
| | | PREVIOUS BALANCE | | | $33,765.04 |
| 02/28/2020 | JAS | L220 | A103 | Review and revise proposed findings of fact and conclusions of law from TRO hearing. | 0.30 |
| | JAS | L230 | A101 | Prepare for status conference with Judge Nugent. | 0.30 |
| | JAS | L230 | A109 | Attend status conference before Judge Nugent. | 0.40 |
| | JAS | L120 | A105 | Conference with E. Talley regarding strategy for next steps. | 0.30 |
| | | | | Jordan A Sigale | 1.30 |
| 02/21/2020 | EWT | L220 | A103 | Prepare proposed findings of fact and conclusions of law. | 1.00 |
| 02/27/2020 | EWT | L230 | A101 | Preparation for status conference | 2.00 |
| | EWT | L220 | A103 | Analysis of transcript from hearing on motion for ex parte seizure and preparation of proposed findings of fact and conclusions of law. | 3.50 |
| 02/28/2020 | EWT | L230 | A109 | Prepare for and attend status conference. | 1.50 |
| | EWT | L220 | A107 | Communications with opposing counsel regarding proposed findings of fact and conclusions of law and unsealing docket. | 1.00 |
| | | | | Evan Talley | 10.00 |
| 02/06/2020 | GTG | L220 | A104 | Review/Analyze transcript from the hearing. | 1.80 |

Case: 1:19-cv-02818-DCN Doc #: 69-2 Filed: 09/30/20 5 of 9. PageID #: 1457

| | | Page: 2 |
|---|---|---|
| MAGNESIUM MACHINE, LLC | | 02/29/2020 |
| | ACCOUNT NO: | 4672-011M |
| | STATEMENT NO: | 4 |

MAGNESIUM MACHINE v. TERVES LLC

| Date | Atty | Task | Act | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 02/07/2020 | GTG | L220 | A103 | Finalize Draft Findings of Fact and Conclusions of Law. | 1.50 | |
| | | | | Grant T. Gille | 3.30 | |
| | | | | FOR CURRENT SERVICES RENDERED | 17.10 | 4,967.50 |
| 02/01/2020 | | L330 | E110 | Case Expense -Travel for Mr. Sigale and Mr. Talley relating to the above referenced matter. | | 1,566.49 |
| 02/01/2020 | | L220 | E112 | Case Expense- Court Related - Payment to the United States Marshals Service for process service of Terves LLC and Mr. Andrew Sherman, President of Terves; and seizure of various items relating to the above referenced matter. | | |
| 02/06/2020 | | L330 | E115 | Payment to Mr. Staiduhar for transcripts. | | 146.40 |
| | | | | TOTAL EXPENSES | | 1,712.89 |
| | | | | TOTAL CURRENT WORK | | 6,680.39 |
| 02/19/2020 | | | | Payment - Thank you. | | -26,139.74 |
| 02/19/2020 | | | | Payment - Thank you. | | -7,625.30 |
| | | | | TOTAL PAYMENTS | | -33,765.04 |
| | | | | BALANCE DUE | | $6,680.39 |

## Task Code Summary

| Code | Description | FEES | EXPENSES |
|---|---|---|---|
| L120 | Analysis/Strategy | 1207.50 | 0.00 |
| L100 | Case Assessment, Development and Administration | 1,207.50 | 0.00 |
| L220 | Preliminary Injunctions/Provisional Remedies | 2430.00 | 0.00 |
| L230 | Court Mandated Conferences | 1330.00 | 0.00 |
| L200 | Pre-Trial Pleadings and Motions | 3,760.00 | 0.00 |
| L330 | Depositions | 0.00 | 1712.89 |
| L300 | Discovery | 0.00 | 1,712.89 |

Your trust account #1 balance is $4,570.45

**PAY ONLINE AT http://payment.dunlapcodding.com**

**PLEASE PUT YOUR ACCOUNT NUMBER ON YOUR CHECK.**

**DUNLAP CODDING, P.C.**
The Film Exchange District
609 W. Sheridan Avenue
Oklahoma City, OK 73102

405-607-8600
Federal ID 73-1394634

MAGNESIUM MACHINE, LLC
5305 Robert Lee Rd
Duncan OK 73533

Page: 1
03/31/2020
ACCOUNT NO: 4672-011M
STATEMENT NO: 5

Attention Loren Swor

MAGNESIUM MACHINE v. TERVES LLC

| Date | Atty | Task | Activity | Description | Hours |
|---|---|---|---|---|---|
| | | | | PREVIOUS BALANCE | $6,680.39 |
| 03/02/2020 | JAS | L190 | A104 | Review email from E. Talley to chambers requesting docket sheet and docket entry #15 (in view of court's reference to same in Order of Friday afternoon); Review docket sheet and docket entry #15 provided by Chambers in response to email. | 0.30 |
| | JAS | L190 | A105 | Communication with E. Talley regarding docket entry #15 (i.e. Order) and options for appealing same in view of delay in receiving order. | 0.20 |
| | JAS | L190 | A104 | Review Federal Rules regarding delayed notice of Court Order. | 0.10 |
| | JAS | L190 | A104 | Review revised findings and conclusions. | 0.10 |
| 03/10/2020 | JAS | L120 | A105 | Conference with E. Talley regarding status of case and advancing forward. | 0.50 |
| 03/11/2020 | JAS | L120 | A107 | Communications with opposing counsel regarding unsealing of Overall docket with continued need to seal certain submissions and pleadings and attempt to get agreement on proposed findings and conclusions of law on TRO (review relevant pleading to respond to comments by opposing counsel). | 0.90 |
| 03/12/2020 | JAS | L220 | A107 | Communications with opposing counsel regarding findings of fact and conclusions of law. | 0.20 |
| 03/17/2020 | JAS | L220 | A104 | Review transcript from TRO hearing toward redacting highly confidential material to keep under seal. | 1.20 |
| | JAS | L220 | A105 | Conference with Mr. Evan Talley regarding strategy issues for TRO appeal. | 0.30 |
| 03/25/2020 | JAS | L120 | A105 | Update on case management due to lifting of seal on docket with E. Talley. | 0.20 |
| | | | | Jordan A Sigale | 4.00 |
| 03/02/2020 | EWT | L250 | A104 | Analysis of sealed docket provided by court clerk. | 0.50 |
| | EWT | L220 | A103 | Prepare revised findings of fact and conclusions of law in light of court's entry on docket following motion on ex parte seizure | 0.70 |
| | EWT | L220 | A105 | Communications with Mr. Swor and Mr. Wilkinson regarding | |

Case: 1:19-cv-02818-DCN Doc #: 69-2 Filed: 09/30/20 7 of 9. PageID #: 1459

MAGNESIUM MACHINE, LLC

Page: 2
03/31/2020
ACCOUNT NO: 4672-011M
STATEMENT NO: 5

MAGNESIUM MACHINE v. TERVES LLC

|  |  |  |  |  | Hours |
|---|---|---|---|---|---|
|  |  |  |  | status conference and strategy for appealing order. | 0.30 |
|  | EWT | L500 | A102 | Research regarding FRAP 4(a)(6) and motion to reopen time for filing appeal. | 1.30 |
| 03/03/2020 | EWT | L220 | A103 | Prepare revised findings of fact and conclusions of law in light of court's entry on docket following motion on ex parte seizure. | 0.40 |
|  | EWT | L220 | A107 | Communications with opposing counsel and J. Sigale regarding revised findings of facts and conclusions of law and joint motion to reopen time to file appeal in light of service of docket entry no. 15. | 0.60 |
|  | EWT | L500 | A102 | Research regarding FRAP 4(a)(6) and motion to re-open time for filing appeal and preparation of same. | 1.00 |
| 03/10/2020 | EWT | L220 | A107 | Communications with Mr. Cavanaugh regarding proposed findings of facts and Terves's intent to seek seal of any items on docket. | 0.30 |
| 03/11/2020 | EWT | L220 | A107 | Communications with Mr. Cavanaugh and J. Sigale regarding proposed findings of facts and conclusions of law, motion to unseal dockets, additional items to seal, and draft protective order. | 0.40 |
| 03/12/2020 | EWT | L510 | A102 | Research regarding motion to reopen time for file appeal. | 2.50 |
| 03/13/2020 | EWT | L250 | A103 | Prepare and file Supplemental Findings of Fact and Conclusions of Law; communications with Mr. Forbes, opposing counsel, and the Court regarding same. | 0.70 |
|  | ███ | ███ | ███ | ████████████████████████████████ | ██ |
|  | EWT | L510 | A102 | Research regarding motion to re-open time to file appeal. | 0.50 |
|  | EWT | L510 | A103 | Prepare motion to re-open time to file appeal. | 0.60 |
| 03/16/2020 | EWT | L510 | A103 | Prepare motion to re-open time to file appeal | 4.00 |
| 03/17/2020 | EWT | L220 | A104 | Analysis of proposed redactions from hearing on motion for ex parte seizure, and communications with opposing counsel regarding motion to unseal, additional items to be redacted/sealed, and motion to reopen time to file appeal. | 1.50 |
| 03/24/2020 | EWT | L220 | A105 | Communications with G. Gille regarding joint motion to unseal record. | 0.20 |
| 03/25/2020 | EWT | L220 | A105 | Communications with J. Sigale, G. Gille, and J. Oseland regarding notice of appeal, unsealing of docket, and resealing of confidential information. | 1.50 |
|  | EWT | L220 | A107 | Communications with M. Cavanaugh re: unsealing of docket and resealing of confidential information. | 0.90 |
| 03/30/2020 | EWT | L250 | A103 | Analysis of docket and preparation of motion for leave to file |  |

| | | Page: 3 |
|---|---|---|
| MAGNESIUM MACHINE, LLC | | 03/31/2020 |
| | ACCOUNT NO: | 4672-011M |
| | STATEMENT NO: | 5 |
| MAGNESIUM MACHINE v. TERVES LLC | | |

| Date | | | | Description | Hours | Amount |
|---|---|---|---|---|---:|---:|
| | | | | redacted versions of previously sealed documents and to seal other certain documents. | 2.50 | |
| | | | | Evan Talley | 21.20 | |
| 03/20/2020 | GTG | L320 | A126 | Prepare samples for delivery to testing facility. | 0.40 | |
| 03/24/2020 | GTG | L250 | A103 | Plan and prepare Motion to Unseal. | 1.60 | |
| 03/25/2020 | GTG | L460 | A103 | Draft a Notice of Appeal in N.D. Ohio. | 0.40 | |
| | GTG | L250 | A103 | Plan and prepare Motion to Unseal; Review PACER and Westlaw to determine unseal documents by the court. | 3.20 | |
| 03/26/2020 | GTG | L460 | A103 | Draft a Notice of Appeal in N.D. Ohio. | 1.40 | |
| | | | | Grant T. Gille | 7.00 | |
| | | | | FOR CURRENT SERVICES RENDERED | 32.20 | 9,360.00 |
| 03/31/2020 | | L390 | E112 | Payment to One Source Process, Inc, for payment of court filing fee in the United States District Court for the Northern District of Ohio Eastern Division relating to the above referenced matter. | | 175.00 |
| | | | | TOTAL EXPENSES | | 175.00 |
| | | | | TOTAL CURRENT WORK | | 9,535.00 |
| 03/25/2020 | | | | Payment - Thank you. | | -2,109.94 |
| 03/30/2020 | | | | Payment Transferred from Trust Account - Thank you | | -4,570.45 |
| | | | | TOTAL PAYMENTS | | -6,680.39 |
| | | | | BALANCE DUE | | $9,535.00 |

Task Code Summary

| Code | Description | FEES | EXPENSES |
|---|---|---:|---:|
| L120 | Analysis/Strategy | 880.00 | 0.00 |
| L190 | Other Case Assessment, Developement and Administration | 280.00 | 0.00 |
| L100 | Case Assessment, Development and Administration | 1,160.00 | 0.00 |
| L220 | Preliminary Injunctions/Provisional Remedies | 2720.00 | 0.00 |
| L250 | Other Written Motions and Submissions | 2070.00 | 0.00 |
| L200 | Pre-Trial Pleadings and Motions | 4,790.00 | 0.00 |
| L320 | Document Production | 80.00 | 0.00 |
| L390 | Other Discovery | 0.00 | 175.00 |
| L300 | Discovery | 80.00 | 175.00 |
| L460 | Post-Trial Motions and Submissions | 360.00 | 0.00 |

|  |  | | Page: | 4 |
|---|---|---|---|---|
| MAGNESIUM MACHINE, LLC | | | | 03/31/2020 |
| | | | ACCOUNT NO: | 4672-011M |
| | | | STATEMENT NO: | 5 |

MAGNESIUM MACHINE v. TERVES LLC

| | | | FEES | EXPENSES |
|---|---|---|---:|---:|
| L400 | Trial Preparation and Trial | | 360.00 | 0.00 |
| L500 | Appeal | | 690.00 | 0.00 |
| L510 | Appellate Motions and Submissions | | 2280.00 | 0.00 |
| L500 | Appeal | | 2,970.00 | 0.00 |

**PAY ONLINE AT http://payment.dunlapcodding.com**

**PLEASE PUT YOUR ACCOUNT NUMBER ON YOUR CHECK.**