UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

———————

No: 20-3779/20-3998

———————

Filed: December 29, 2021

MAGNESIUM MACHINE, LLC, an Oklahoma limited liability company; MAGNESIUM HOLDINGS, LLC, an Oklahoma limited liability company; PARAMOUNT DESIGN, LLC, an Oklahoma limited liability company

    Plaintiffs - Appellants

1:19cv2818 - DCN

v.

TERVES, LLC, a Nevada limited liability company; MCDONALD HOPKINS, LLC, an Ohio limited liability company

    Defendants - Appellees

## MANDATE

Pursuant to the court's disposition that was filed 12/06/2021 the mandate for this case hereby issues today.  Affirmed

COSTS: None