UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Magnesium Machine, LLC et al., | ) | Case No. 1:19-cv-2818 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Judge Donald C. Nugent |
| vs. | ) | |
| | ) | |
| Terves, LLC et al., | ) | |
| | ) | |
| Defendants. | ) | |

### Terves' Motion to Set Amount of Attorneys' Fees

In accordance with the Court's Order awarding attorneys' fees (ECF #66) and the United States Court of Appeals for the Sixth Circuit's decision affirming that order, Terves moves the Court to enter judgment of **$195,651.00** against plaintiffs Magnesium Machine, LLC, Magnesium Holdings, LLC, Paramount Design, LLC, and the Dunlap Codding, P.C. law firm, jointly and severally.

Terves' prior brief on attorneys' fees (ECF #68) proved reasonable fees of $92,111, which covers the period from the start of the case until September 30, 2020. The memorandum attached to this motion proves additional reasonable fees of $103,540, which covers the period from October 1, 2020, to present.

Respectfully submitted,

Dated:  December 30, 2021

　s/ Matthew J. Cavanagh
Matthew J. Cavanagh (OH 0079522)
MCDONALD HOPKINS LLC
600 Superior Avenue, East, Ste. 2100
Cleveland, Ohio 44114
t 216.348.5400 │ f 216.348.5474
mcavanagh@mcdonaldhopkins.com
*Counsel for Terves LLC*

{10051836: }